Peter A. Ivanick
Allison H. Weiss
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, New York 10019
Tel: (212) 259-8000
Fax: (212) 259-6333

    - and -

Todd L. Padnos (*pro hac vice* admission pending)
DEWEY & LEBOEUF LLP
1950 University Avenue, Suite 500
East Palo Alto, California 94303
Tel: (650) 845-7000
Fax: (650) 845-7333
E-mail: tpadnos@dl.com

*Proposed Attorneys for the Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | |
|---|---|
| *In re* | |
| | Chapter 11 |
| **AMBAC FINANCIAL GROUP, INC.,** | |
| | Case No. 10-15973 (SCC) |
|     **Debtor.** | |

------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

    I, Todd L. Padnos, request admission, *pro hac vice*, to represent Ambac Financial Group, Inc., as debtor and debtor in possession in the above-captioned chapter 11 case. I certify that I am a member in good standing of the bar of the State of California and the State of Illinois. I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

**[Signature Page to Follow]**

Dated: November 9, 2010  Respectfully Submitted,
New York, New York

/s/ Todd L. Padnos
Peter A. Ivanick
Allison H. Weiss
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, New York 10019
Tel: (212) 259-8000
Fax: (212) 259-6333

- and -

Todd L. Padnos (*pro hac vice* admission pending)
DEWEY & LEBOEUF LLP
1950 University Avenue, Suite 500
East Palo Alto, California 94303
Tel: (650) 845-7000
Fax: (650) 845-7333
E-mail: tpadnos@dl.com

*Proposed Attorneys for the Debtor and Debtor in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
: 
*In re* :
: **Chapter 11**
**AMBAC FINANCIAL GROUP, INC.,** :
: **Case No. 10-15973 (SCC)**
Debtor. :
:
------------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Todd L. Padnos, to be admitted, *pro hac vice*, to represent Ambac Financial Group, Inc., as debtor and debtor in possession in the above-captioned chapter 11 case, and upon the movant's certification that he is a member in good standing of the bar of the State of California and the State of Illinois, it is hereby:

ORDERED that Todd L. Padnos is admitted to practice, *pro hac vice*, in the above-captioned case to represent Ambac Financial Group, Inc. in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____, 2010
       New York, New York

                                                UNITED STATES BANKRUPTCY JUDGE