Stephen J. Fearon, Jr.
Caitlin Duffy
Garry T. Stevens, Jr.
SQUITIERI & FEARON, LLP
32 E. 57th St., 12th Floor
New York, New York 10022
Tel:    (212) 421-6492
Fax:    (212) 421-6553

*Attorneys for Karthikeyan V. Veera*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re* <br><br> AMBAC FINANCIAL GROUP, INC., <br><br> Debtor. | Chapter 11 <br><br> Case No.: 10-15973 (SCC) |
| KARTHIKEYAN V. VEERA, <br><br> Plaintiff, <br> v. <br><br> AMBAC PLAN ADMINISTRATIVE COMMITTEE, *et al.*, <br><br> Defendants. | District Court Case No.: <br> 1:10-CV-4191 (HB) (S.D.N.Y.) |

## NOTICE OF REQUEST FOR RELIEF

**YOUR RIGHTS MAY BE AFFECTED**.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy.  If you do not have an attorney, you may wish to consult with one.

**NOTICE** is hereby given that Karthikeyan V. Veera has hereby moved for a declaration that the automatic stay does not apply to Mr. Veera's subpoena to Ambac or, in the alternative, for an Order granting relief from the automatic stay (the "Motion").

The Motion was filed on January 5, 2011 via the Electronic Case Filing system of the United States Bankruptcy Court for the Southern District of New York.

You have until Wednesday, January 12, 2011 to file written objection to the motion. Failure to file an objection by January 12, 2011 may cause the Court not to consider the objection. **If no objections are timely filed and served in accordance with the Case Management Procedures, the Request for Relief may be granted without a hearing.**

The Omnibus Hearing date at which Mr. Veera intends to present the Motion is scheduled for Wednesday, January 19, 2011 at 10 a.m.


Dated: January 5, 2011  /s/ Stephen J. Fearon, Jr.
       New York, New York  Stephen J. Fearon, Jr.

Stephen J. Fearon, Jr.
Caitlin Duffy
Garry T. Stevens, Jr.
SQUITIERI & FEARON, LLP
32 E. 57th St., 12th Floor
New York, New York 10022
Tel:    (212) 421-6492
Fax:    (212) 421-6553

*Attorneys for Karthikeyan V. Veera*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re* | Chapter 11 |
| AMBAC FINANCIAL GROUP, INC., | Case No.: 10-15973 (SCC) |
| Debtor. | |
| KARTHIKEYAN V. VEERA, | District Court Case No.: |
| Plaintiff, | 1:10-CV-4191 (HB) (S.D.N.Y.) |
| v. | |
| AMBAC PLAN ADMINISTRATIVE COMMITTEE, *et al.*, | |
| Defendants. | |

**KARTHIKEYAN V. VEERA'S MOTION SEEKING A
DECLARATION THAT THE AUTOMATIC STAY DOES NOT
APPLY TO VEERA'S SUBPOENA TO AMBAC OR, IN THE ALTERNATIVE,
<u>AN ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY</u>**

Karthikeyan V. Veera ("Veera") is the Plaintiff in a proposed ERISA class action pending in the Southern District of New York before The Honorable Harold Baer, *Veera v. Ambac Plan Administrative Committee, et al.*, No. 1:10-cv-4191 (HB) (the "Class Action"). He brings that class action on behalf of himself and other participants in the Ambac Financial Group, Inc. Savings Incentive Plan (the "Plan") who have lost their retirement assets by investing in Ambac common stock through the Plan. Mr. Veera has brought the claims against the fiduciaries of the Plan for violating their ERISA duties but he has not named Ambac -- the debtor here -- as a defendant. Discovery is proceeding in the Class Action and Judge Baer has set a June 30, 2011 deadline for fact discovery. As set forth in the accompanying papers, Defendants' counsel in the Class Action have represented that Ambac controls the vast majority of the documents that Mr. Veera has sought from Defendants and that the automatic stay applies to almost all of the discovery that Mr. Veera seeks in the Class Action as well as to the witnesses whom Plaintiff will depose. Defendants have argued that Plaintiff must seek leave from this Court for discovery. As a result, Plaintiff files this motion seeking a declaration that the automatic stay does not apply to Plaintiff's discovery of Ambac or, alternatively, Plaintiff seeks an Order granting relief from the automatic stay so that Plaintiff can serve a subpoena on Ambac seeking certain discovery and establishing procedures to address disputes between the parties in the Class Action about upcoming depositions of Ambac or any witness who is currently employed by Ambac and may be integral to its reorganization efforts.[1] In support of this Motion,[2] Veera has filed his Opening Brief in Support of Motion Seeking A Declaration That

---

[1] The submission of this Motion or the Opening Brief shall not in any way constitute a submission by Veera to the jurisdiction or authority of the Bankruptcy Court for the resolution of the claims in the Class Action.

[2] All capitalized terms not otherwise defined herein shall have the respective meanings set forth in the Opening Brief.

The Automatic Stay Does Not Apply To Veera's Subpoena to Ambac Or, In The Alternative, An Order Granting Relief From The Automatic Stay (the "Opening Brief") as well the Declaration of Stephen J. Fearon, Jr., and incorporates those documents into this Motion.

WHEREFORE, for the reasons set forth in his supporting papers, Plaintiff Veera respectfully requests that this Court enter an Order declaring that the automatic stay does not prevent Plaintiff from serving a subpoena on Ambac (substantially in the form annexed as Exhibit D to the Fearon Declaration) to obtain documents and testimony from Ambac in connection with his claims against the non-debtor defendants in the Class Action or, alternatively (i) lifting the automatic stay so that Plaintiff Veera may issue a non-party subpoena to the Debtor substantially in the form annexed to the Fearon Declaration and take all other actions necessary in order to obtain documents and testimony from the Debtor in support of his claims against the non-debtor defendants in the Class Action and (ii) granting such other and further relief as this Court may deem just and proper.

Dated: January 5, 2011
New York, New York

Respectfully Submitted,

SQUITIERI & FEARON, LLP

/s/ Stephen J. Fearon, Jr.
Stephen J. Fearon, Jr.
Caitlin Duffy
Garry T. Stevens, Jr.
32 E. 57th St., 12th Floor
New York, New York
Tel: (212) 421-6492
Fax: (212) 421-6553
stephen@sfclasslaw.com
caitlin@sfclasslaw.com
garry@sfclasslaw.com

*Attorneys for Karthikeyan V. Veera*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re* <br><br> AMBAC FINANCIAL GROUP, INC., <br><br> Debtor. | Chapter 11 <br><br> Case No.: 10-15973 (SCC) |
| KARTHIKEYAN V. VEERA, <br><br> Plaintiff, <br> v. <br><br> AMBAC PLAN ADMINISTRATIVE COMMITTEE, *et al*., <br><br> Defendants. | District Court Case No.: <br> 1:10-CV-4191 (HB) (S.D.N.Y.) |

**ORDER GRANTING KARTHIKEYAN V. VEERA'S MOTION
SEEKING A DECLARATION THAT THE AUTOMATIC STAY DOES NOT
APPLY TO VEERA'S SUBPOENA TO AMBAC OR, IN THE ALTERNATIVE,
<u>AN ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY</u>**
(*relates to Docket Nos. _____*)

UPON CONSIDERATION OF the Motion Seeking A Declaration That The Automatic Stay Does Not Apply To Plaintiff's Subpoena To Ambac Or, In The Alternative, An Order Granting Relief From The Automatic Stay (the "Motion") and all briefs and papers in support of the Motion, filed by Karthikeyan V. Veera ("Veera"), seeking entry of an Order declaring the automatic stay imposed by Section 362(a) of title 11 of the United States Code does not apply or, alternatively, lifting the stay so that Veera may issue a subpoena to the Debtor and take all other actions necessary in order to obtain documents and testimony from the Debtor in support of his claims against Non-debtor defendants in District Court civil action number 1:10-CV-4191 (HB)

("District Court Action"); and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and due and proper notice of the Motion having been provided to the parties as set forth in the Certificate of Service filed by Veera, and it appearing that no other or further notice needs to be provided; and the Court having determined that the relief sought in the Motion is in the best interest of the Debtors' estate, creditors, and all parties in interest and the Court having determined that the legal and factual basis set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefore, it is ORDERED:

1. The relief sought in the Motion is GRANTED. All capitalized terms not otherwise defined herein shall have the respective meaning set forth in the opening brief in support of the Motion.

2. The automatic stay as provided in 11 U.S.C. § 362 is deemed not to apply to Veera's exercise of his rights to seek documents and testimony from the Debtor in support of his claims against the non-debtor defendants in the Class Action.

3. Even if the automatic stay could be deemed to apply, the Court hereby determines that the automatic stay should be lifted and does not bar Veera from issuing a subpoena to the Debtor and from taking all other actions necessary in order to obtain documents and testimony from the Debtor in support of his claims against the non-debtor defendants in the Class Action.

Dated: _____, 2011          _____
       New York, New York              UNITED STATES BANKRUPTCY JUDGE

## CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that on January 5, 2011, I caused copies of the foregoing (1) Notice of Request for Relief and (2) Karthikeyan V. Veera's Motion Seeking A Declaration That The Automatic Stay Does Not Apply to Veera'sSubpoena to Ambac Or, In The Alternative, An Order Granting Relief From The Automatic Stay to be served via the Court's Electronic Filing System and also via first class mail, postage prepaid, upon the parties listed on the attached matrix.

Dated: January 5, 2011          /s/ Stephen J. Fearon, Jr.
    New York, New York         Stephen J. Fearon, Jr.

# SERVICE LIST

**DEWEY & LEBOEUF LLP**
PETER A. IVANICK, MARTIN
BIENENSTOCK, ALLISON H. WEISS &
TODD L. PADNOS
1301 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6092

**KURTZMAN CARSON CONSULTANTS**
TRAVIS VANDELL
2335 ALASKA AVE
EL SEGUNDO, CA 90245

**ALGORITHMICS US INC**
ATTN MARK WEINSTOCK
ONE STATE ST PLZ
NEW YORK, NY 10004

**ASSISTANT UNITED STATES ATTORNEY SOUTHERN DISTRICT OF NEW YORK**
DANIEL FILOR
86 CHAMBERS ST 3RD FL
NEW YORK, NY 10007

**ASSISTANT UNITED STATES ATTORNEY SOUTHERN DISTRICT OF NEW YORK**
ELLEN LONDON
86 CHAMBERS ST 3RD FL
NEW YORK, NY 10007

**BANK OF NEW YORK MELLON**
EILEEN MURPHY MANAGING DIRECTOR
ONE WALL STREET
NEW YORK, NY 10286

**BANK OF NEW YORK MELLON**
GEOFFREY BROOKS
ONE WALL STREET
NEW YORK, NY 10286

**BANK OF NEW YORK MELLON**
ATTN MARTIN FEIG VP
ONE WALL ST 8W
NEW YORK, NY 10286

**BLOOMBERG LP**
ATTN CUSTOMER SUPPORT
PO Box 30244
HARTFORD, CT 06150-0244

**BNY MELLON**
ATTN NATALIE CRISPIN
ONE WALL ST
NEW YORK, NY 10004

**BUSINESS WIRE**
ATTN ACCOUNTS RECEIVABLE DEPARTMENT
DEPARTMENT 34182
PO Box 39000
SAN FRANCISCO, CA 94139

**CITIBANK NA**
ROBERT ATTRIDE
388 GREENWICH ST 24TH FL
NEW YORK, NY 10013

**DAVID B NEMSCHOFF**
59 LEHIGH CT
ROCKVILLE CENTRE, NY 11570

**DEPARTMENT OF JUSTICE - US ATTORNEY GENERAL**
COMMERCIAL LITIGATION BRANCH
MICHAEL B MUKASEY
950 PENNSYLVANIA AVE NW
WASHINGTON, DC 20530-0001

**DUFF & PHELPS, LLC**
12595 COLLECTION CTR DR
CHICAGO, IL 60693

**DUFF & PHELPS, LLC**
ATTN JEFF SCHIEDEMEYER
311 SOUTH WACKER DR
CHICAGO, IL 60606

**FINANCIAL SERVICES INDUSTRY**
**AREA 1 COUNSEL**
ROLAND BARRAL
33 MAIDEN LN 12TH FL
NEW YORK, NY 10038

**FOLEY & LARDNER LLP**
FRANK W DICASTRI
777 W WISCONSIN AVE
MILWAUKEE, WI 53202

**GRM INFORMATION MGT**
**SERVICES**
ACCOUNTS RECEIVABLE DEPT
NEWARK POST OFFICE
PO BOX 35539
NEWARK, NJ 07193-5539

**HALCYON MASTER FUND LP**
ATTN JOHN W GREENE JR MANAGING
PRINCIPAL
477 MADISON AVE 8TH FL
NEW YORK, NY 10022

**INTERNAL REVENUE SERVICE**
CENTRALIZED INSOLVENCY SECTION
11601 ROOSEVELT BLVD
MAIL DROP N781
PHILADELPHIA, PA 19255

**INTERNAL REVENUE SERVICE**
CENTRALIZED INSOLVENCY SECTION
PO BOX 21126
PHILADELPHIA, PA 19114-0326

**INTEX SOLUTIONS, INC**
ATTN ACCOUNTING DEPT
110 A ST
NEEDHAM, MA 02494-2807

**INTRALINKS, INC**
ATTN BILLING
PO Box 10259
NEW YORK, NY 10259-0259

**JAMES C. LANNING**
1901 BUTTERFIELD RD STE 310
DOWNERS GROVE, IL 60515

**LAW DEBENTURE TRUST COMPANY**
**OF NEW YORK**
ATTN ANTHONY A BOCCHINO
MANAGING DIRECTOR
400 MADISON AVENUE 4TH FL
NEW YORK, NY 10017

**MORRISON & FOERSTER LLP**
ATTN ANTHONY PRINCI
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

**MORRISON & FOERSTER LLP**
ATTN ANTHONY PRINCI, GARY S. LEE
& BRETT H. MILLER
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

**NEW YORK CITY**
DEPARTMENT OF FINANCE
ATTN J YANQUI ZAZA
345 ADAMS ST
BROOKLYN, NY 11201

**NEWMARK KNIGHT FRANK**
ATTN NIKKI VAN
125 PARK AVE
NEW YORK, NY 10017

**OFFICE OF THE NY STATE**
**ATTORNEY GENERAL**
ANDREW CUOMO
THE CAPITOL
ALBANY, NY 12224-0341

**OFFICE OF THE US ATTORNEY FOR THE SOUTHERN DISTRICT OF NY**
ONE ST ANDREW'S PLZ
NEW YORK, NY 10007

**ONE STATE STREET LLC**
ATT ELI LEVITIN MANAGING DIRECTOR
ONE STATE STREET PLZ 29TH FL
NEW YORK, NY 10004

**ONE STATE STREET PLAZA, LLC**
ATTN GOLDIE ZLOTNICK
ONE STATE ST PLZ
NEW YORK, NY 10004

**RR DONNELLEY RECEIVABLES**
ATTN PETER GOGOLAK
PO Box 13654
NEWARK, NJ 07188-0001

**SECURITIES AND EXCHANGE COMMISION**
CHRISTOPHER COX
100 F ST NE
WASHINGTON, DC 20549

**SECURITIES AND EXCHANGE COMMISION**
NEW YORK REGIONAL OFFICE
MARK SCHONFELD
3 WORLD FINANCIAL CTR STE 400
NEW YORK, NY 10281

**THE MCMILLAN LAW FIRM APC**
SCOTT A MCMILLIAN
4670 NEBO DR STE 200
LA MESA, CA 91941-5230

**THOMSON FINANCIAL**
ATTN CUSTOMER CARE
PO Box 5136
CAROL STREAM, IL 60197-5136

**UNITED STATES BANKRUPTCY COURT SDNY**
THE HONORABLE SHELLEY C. CHAPMAN
ONE BOWLING GREEN
NEW YORK, NY 10004

**US TRUSTEE FOR THE DISTRICT OF SOUTHERN NEW YORK**
BRIAN MASUMOTO
33 WHITEHALL ST 21ST FL
NEW YORK, NY 10004

**VALUE WORKS LLC**
ATT CHARLES LEMONIDES PRINCIPAL
1450 BROADWAY 42ND FL
NEW YORK, NY 10018

**WESTLAW BUSINESS PAYMENT CENTER**
ACCOUNTS RECEIVABLE DEPT
PO BOX 6292
CAROL STREAM, IL 60197-6292