Christopher R. Belmonte
Pamela A. Bosswick
SATTERLEE STEPHENS BURKE & BURKE LLP
230 Park Avenue
New York, New York 10169
Telephone: (212) 818-9200
Facsimile: (212) 818-9606

Attorneys for Moody's Investors Service

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
                                                           :
**In re:**                                                 :  **Chapter 11**
                                                           :
**AMBAC FINANCIAL GROUP, INC.,**                           :  **Case No. 10-15973 (SCC)**
                                                           :
                    **Debtors.**                           :
                                                           :
-----------------------------------------------------------x

## NOTICE OF APPEARANCE AND
## REQUEST FOR NOTICE AND DOCUMENTS

PLEASE TAKE NOTICE that, the undersigned hereby appears as counsel for Moody's Investors Service ("Moody's"), a party in interest herein under 11 U.S.C. § 1109(b), in the above-captioned case. Such counsel hereby enters its appearance, pursuant to 11 U.S.C. § 1109(b) and Federal Rule of Bankruptcy Procedure 9010, and, pursuant to 11 U.S.C. §§ 102(1) and 342, and Federal Rules of Bankruptcy Procedure 2002 and 9007, requests that copies of all notices given or required to be given in this case, and all papers served or required to be served in this case, be delivered to and served upon the undersigned at the following offices, post office addresses, email addresses, fax and telephone numbers:

Christopher R. Belmonte, Esq.
Pamela A. Bosswick, Esq.
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, New York 10169
Tel:   (212) 818-9200
Fax:   (212) 818-9606
Email: cbelmonte@ssbb.com
       pbosswick@ssbb.com

PLEASE TAKE FURTHER NOTICE that, the foregoing request includes not only notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above but also includes, without limitation, all other notices, papers, reports, orders, notices, agenda letters, applications, motions, petitions, pleadings, requests, complaints or demands, statements of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise, which affects the Debtor or the property of the Debtor.

PLEASE TAKE FURTHER NOTICE that, pursuant to Federal Rule of Bankruptcy Procedure 3017(a), Moody's requests that its counsel be provided with copies of any disclosure statements and plans of reorganization.

This Notice of Appearance and Request for Notice and Documents shall not be deemed or construed to be a waiver of the rights of Moody's to (i) have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (iii) have the District Court or the Bankruptcy Court abstain from hearing any matter subject to such abstention, (iv) have the District Court withdraw the reference in any matters subject to such withdrawal, or (v) any other rights, claims,

set-offs, or recoupments to which it may be entitled, which rights it expressly reserves.

Dated: New York, New York
        January 13, 2011

                                    SATTERLEE STEPHENS BURKE
                                                                                                                                                                                                                                                                                                                                                                                                                                                                                    

           SATTERLEE STEPHENS BURKE
            & BURKE LLP
           Attorneys for Moody's Investors Service

By: _____
            Christopher R. Belmonte
            Pamela A. Bosswick
230 Park Avenue
New York, New York 10169
(212) 818-9200

# SERVICE LIST

Michael S. Etkin
Lowenstein Sandler, P.C.
65 Livingston Avenue
Roseland, NJ 07068

James Gadsden
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005

Brian Shoichi Masumoto
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

Stephen J. Fearon, Jr.
Squitieri & Fearon, LLP
32 East 57th Street, 12th Floor
New York, NY 10018

Peter A. Ivanick
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY 10019

Allison H. Weiss
Dewey & LeBoeuf LLP
125 West 55th Street
New York, NY 10019

1067029_1

# AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK )
                  ) ss.:
COUNTY OF NEW YORK )

The undersigned, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and reside at 218 Eagle Street, Brooklyn, NY 11222.

2. That on January 14, 2011, deponent served a true copy of the annexed **Notice of Appearance and Request for Notice and Documents** upon:

| | |
|---|---|
| Michael S. Etkin<br>Lowenstein Sandler, P.C.<br>65 Livingston Avenue<br>Roseland, NJ 07068 | Stephen J. Fearon, Jr.<br>Squitieri & Fearon, LLP<br>32 East 57th Street, 12th Floor<br>New York, NY 10018 |
| James Gadsden<br>Carter Ledyard & Milburn LLP<br>2 Wall Street<br>New York, NY 10005 | Peter A. Ivanick<br>Dewey & LeBoeuf LLP<br>1301 Avenue of the Americas<br>New York, NY 10019 |
| Brian Shoichi Masumoto<br>Office of the United States Trustee<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 | Allison H. Weiss<br>Dewey & LeBoeuf LLP<br>125 West 55th Street<br>New York, NY 10019 |

the address(es) designated by said attorney(s) for that purpose by depositing a true copy of same, enclosed in a post-paid properly addressed sealed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Nelson Rodriguez, Sr.

Sworn to before me this
14th day of January, 2011.

Notary Public

PEARL LEUNG
Notary Public, State of New York
No. 01LE504678
Qualified in Kings County
Commission Expires July 17, 2011

1071026_1