Peter C. Hein
C. Lee Wilson
WACHTELL, LIPTON, ROSEN & KATZ
51 W. 52nd St.
New York, New York  10019
Tel:     (212) 403-1000
Fax:     (212) 403-2000

*Special Counsel to the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                                                             :
*In re*                                                      :
                                                             :     **Chapter 11**
**AMBAC FINANCIAL GROUP, INC.,**                             :
                                                             :     **Case No. 10-15973 (SCC)**
                          **Debtor.**                        :
                                                             :
-------------------------------------------------------------x

**FIRST MONTHLY STATEMENT OF WACHTELL, LIPTON, ROSEN & KATZ**
**FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT**
**OF EXPENSES INCURRED AS SPECIAL COUNSEL TO THE DEBTOR FOR**
**THE PERIOD FROM NOVEMBER 9, 2010 THROUGH JANUARY 31, 2011**

| | |
|---|---|
| Name of Applicant: | Wachtell, Lipton, Rosen & Katz ("Wachtell Lipton") |
| Authorized to Provide Professional Services to: | The Debtor |
| Date of Retention: | February 18, 2011, *nunc pro tunc* to November 9, 2010 (the "Commencement Date") |
| Period for Which Compensation and Reimbursement is Sought: | November 9, 2010 through January 31, 2011 (the "Fee Period"). |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary: | $383,975.25 |
| Amount of Expenses Reimbursement Sought as Actual, Reasonable, and Necessary: | $3,702.48 |

This is a          _X_ Monthly ___ Interim ___ Final Fee Application

This is Wachtell Lipton's first monthly application for compensation ("the "Application"") filed pursuant to the *Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, and Local Rule 2016-1 Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals* [Docket No. 81] (the "Interim Compensation Order").  Wachtell Lipton requests:  (a) payment of compensation in the amount of $307,180.20 (which is 80% of $383,975.25 on account of actual and necessary professional services rendered to the Debtor by Wachtell Lipton); and (b) reimbursement of actual and necessary costs and expenses in the amount of $3,702.48 incurred by Wachtell Lipton during the period November 9, 2010 through January 31, 2011 (the "Fee Period"), all to be paid and reimbursed out of pre-Commencement Date retainers received from the Debtor as described in the *Debtor's Application, Pursuant to Section 327(e) of the Bankruptcy Code, Bankruptcy Ruule 2014(a), and Local Rule 2014-1, For Authorization to Employ and Retain Wachtell, Lipton, Rosen & Katz as Special Litigation Counsel to the Debtor, Nunc Pro Tunc to the Commencement Date.*  A detailed summary of the fees and expenses incurred during the period November 9, 2010 through January 31, 2011 is attached hereto as Exhibit A.

The Wachtell Lipton attorneys, paralegals, and other professionals who are billed by the hour who rendered services as part of Wachtell Lipton's retention as special counsel to Debtor during the Fee Period are:

| Name of Professional Individual | Department and Licensure | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Partners** | | | | |
| Peter C. Hein | Dept: Litigation License: NY (1976) | $975 (11/9/10-12/31/10); $975 (1/1/11-1/31/11) | 135.7 (11/9/10-12/31/10); 47.6 (1/1/11-1/31/11) | $178,717.50 |
| Harold S. Novikoff | Dept: Restructuring License: NY (1976) | $975 (11/9/10-12/31/10); $975 (1/1/11-1/31/11) | .5 (11/9/10-12/31/10) | $487.50 |
| Douglas Mayer | Dept: Restructuring License: NY (1987) | $875 (11/9/10-12/31/10); $925 (1/1/11-1/31/11) | .5 (1/1/11-1/31/11) | $462.50 |
| Mark Gordon | Dept: Corporate License: NY (1995) | $850 (11/9/10-12/31/10); $875 (1/1/11-1/31/11) | 6.75 (11/9/10-12/31/10); 11.25 (1/1/11 – 1/31/11) | $15,581.25 |
| Martin J. Arms | Dept: Litigation License: NY (2000) | $750 (11/9/10-12/31/10); $850 (1/1/11-1/31/11) | 3.2 (11/9/10-12/31/10); 2.5 (1/1/11-1/31/11) | $4,525.00 |
| **Associates and Of Counsel** | | | | |
| Warren R. Stern | Dept: Litigation License: NY (1980) | $975 (11/9/10-12/31/10); $975 (1/1/11-1/31/11) | 1.2 (11/9/10-12/31/10); 2.3 (1/1/11-1/31/11) | $3,412.50 |

---

[1] The hourly billing rates for certain Wachtell Lipton professionals increased as of January 1, 2011. Shown here are the billing rates in effect both for November 9, 2010-December 31, 2010 and for January 1, 2011-January 31, 2011. For purposes of Wachtell Lipton's representation of Ambac, the hourly billing rates of all professionals have been capped at $975.

| | | | | |
|---|---|---|---|---|
| Christopher Lee Wilson | Dept: Litigation<br>License: NY (2007) | $550 (11/9/10-12/31/10);<br>$600 (1/1/11-1/31/11) | 215.0 (11/9/10-12/31/10);<br>77.5 (1/1/11-1/31/11) | $164,750.00 |
| Tracy O. Appleton | Dept: Litigation<br>License: NY (2010) | $425 (11/9/10-12/31/10);<br>$500 (1/1/11-1/31/11) | 6.9 (11/9/10-12/31/10);<br>5.0 (1/1/11-1/31/11) | $5,432.50 |
| Kendall Fox | Dept: Corporate<br>License: NY (2011) | $375 (11/9/10-12/31/10);<br>$395 (1/1/11-1/31/11) | 2 (11/9/10-12/31/10); 3.1 (1/1/11-1/31/11) | $1,974.50 |
| Tijana J. Dvornic | Dept: Tax<br>License: NY (2010) | $425 (11/9/10-12/31/10);<br>$500 (1/1/11-1/31/11) | 12.0 (1/1/11-1/31/11) | $6,000.00 |
| **Other Billed Professionals** | | | | |
| Frederic Hollingsworth | Dept: Automated Legal Services | $275 (11/9/10-12/31/10);<br>$275 (1/1/11-1/31/11) | 2.25 (11/9/10-12/31/10) | $618.75 |
| Ann Marie Ghany | Dept: Automated Legal Services | $200 (11/9/10-12/31/10);<br>$200 (1/1/11-1/31/11) | 2.5 (11/9/10-12/31/10) | $500.00 |
| Fabian Menendez | Dept: Automated Legal Services | $200 (11/9/10-12/31/10);<br>$200 (1/1/11-1/31/11) | .75 (11/9/10-12/31/10) | $150.00 |
| Serge Maliarov | Dept: Automated Legal Services | $225 (11/9/10-12/31/10);<br>$225 (1/1/11-1/31/11) | .5 (11/9/10-12/31/10) | $112.50 |
| Shera Goldman | Dept: Library | $200 (11/9/10-12/31/10);<br>$225 (1/1/11-1/31/11) | .6 (11/9/10-12/31/10) | $120.00 |

| | | | | |
|---|---|---|---|---|
| Elizabeth Grunwald | Dept: Library | $175 (11/9/10-12/31/10); $225 (1/1/11-1/31/11) | .2 (11/9/10-12/31/10); .4 (1/1/11-1/31/11) | $125.00 |
| Lena Goldenberg | Dept: Library | $200 (11/9/10-12/31/10); $225 (1/1/11-1/31/11) | 1.5 (11/9/10-12/31/10) | $300.00 |
| Elizabeth Bourne | Dept: Library | $100 (11/9/10-12/31/10); $125 (1/1/11-1/31/11) | .7 (11/9/10-12/31/10) | $70.00 |
| Judith E. Thompson | Dept: Library | $200 (11/9/10-12/31/10); $225 (1/1/11-1/31/11) | .37 (1/1/11-1/31/11) | $83.25 |
| Nancy R. McKay | Dept: Library | $150 (11/9/10-12/31/10); $175 (1/1/11-1/31/11) | .2 (1/1/11-1/31/11) | $35.00 |
| Mayra R. Cabrera | Dept: Library | $150 (11/9/10-12/31/10); $175 (1/1/11-1/31/11) | 1.4 (11/9/10-12/31/10) | $210.00 |
| Roseanne M. Shea | Dept: Library | $150 (11/9/10-12/31/10); $175 (1/1/11-1/31/11) | .1 (11/9/10-12/31/10); 1.0 (1/1/11-1/31/11) | $190.00 |
| Janeen Byron | Dept: Library | $150 (11/9/10-12/31/10); $175 (1/1/11-1/31/11) | .2 (11/9/10-12/31/10); .5 (1/1/11-1/31/11) | $117.50 |
| **Professionals Totals** | | **Blended Rate** | **Total Hours Billed** | **Total Compensation** |
| **Total Fees Incurred** | | $703.03 | 546.17 | $383,975.25 |

**Compensation by Matter**

| Task Code | Matter Description | Total Billed Hours | Total Compensation |
|---|---|---|---|
| 001 | Representation in Securities and Derivative Litigation | 466.47 | $330,989.50 |
| 002 | Corporate Services – Representation of, or Provision of Legal Advice to, the Board of Directors of the Debtor with Respect to Corporate Governance and Board-Related Matters and Other Corporate Matters | 24.1 | $18,505.75 |
| 003 | Preparation of Application for Appointment as Special Counsel/Preparation of Fee Applications/Discussions and Related Work with Respect Thereto | 55.6 | $34,480.00 |
| **Total Fees Incurred** | | 546.17 | $383,975.25 |

**Expense Summary**

| Category of Expenses | Amount |
|---|---|
| Messenger Service | $10.00 |
| Courier Service | $49.54 |
| Photocopies Billed at Cost and Other Duplicating Services | $400.80 |
| Westlaw Online Computer Research | $1592.09 |
| Lexis Online Computer Research | $229.46 |
| Telephone – Conference Call Charges | $120.12 |
| Fees for Obtaining and Filing Court Documents (PACER, LEXIS File & Serve, CourtAlert, Etc.) | $1,300.47 |
| **TOTAL** | $3,702.48 |

<u>Notice</u>

Wachtell Lipton provided notice of this Application to: (a) the Debtor; (b) counsel to the Debtor; (c) the Office of the United States Trustee for the Southern District of New York; and (d) counsel to the Committee (each as defined in the Interim Compensation Order). In light of the nature of the relief requested, Wachtell Lipton respectfully submits that no further notice is necessary.

WHEREFORE, pursue to the Interim Compensation Order, Wachtell Lipton requests: (a) payment of compensation in the amount of $307,180.20 (which is 80% of $383,975.25 on account of actual and necessary professional services rendered to the Debtor by Wachtell Lipton); and (b) reimbursement of actual and necessary costs and expenses in the amount of $3,702.48.

Dated: February 22, 2011
     New York, New York

Peter C. Hein, Esq.
C. Lee Wilson
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, New York 10019
Tel: (212) 403-1000
Fax: (212) 403-2000

*Special Counsel to the Debtor*

# Exhibit A

February 22, 2011

Ambac Financial Group, Inc.
One State Street Plaza
New York, New York 10004


Attention: Kevin Doyle, Esq.

---

For services in the shareholder litigation for the period
November 9, 2010 through January 31, 2011.                          $ 365,469.50

For disbursements in the shareholder litigation for the period
November 9, 2010 through January 31, 2011.                          $     3,557.85


Total (to be paid pursuant to bankruptcy court rules out of pre-      $ 369,027.35
petition retainers that Wachtell Lipton received from Ambac)[1]

---

[1] As stated in Wachtell Lipton's special counsel retention application, as of the petition date, Wachtell Lipton had received $1,650,000.00 in prepetition retainers from Ambac to cover future fees and disbursements in the shareholder litigation. As of the date of this bill, $102,096.46 of the prepetition retainer amount for the shareholder litigation has been applied to pay fees and disbursements in the shareholder litigation (pursuant to bankruptcy court rules and/or orders) and the current retainer amount is $1,547,903.54. After the fees and disbursements above have been fully paid, the remaining retainer amount for the shareholder litigation will be $1,178,876.19.


Wire Instructions:


Bank:


ABA Number:
For Further Credit To:
Account Number:
SWIFT for Foreign Wires:
WLRK Federal
I.D.Number:

```
                                   As of Jan 31/11      Date Prepared  : Feb 18/11
Client: 05821        Ambac Financial Group, Inc.        From Date      : Jan 01/01
Matter: 0503         Post 11/8 - Litigation             Billing Partner: 0292 Mark Gordon
----------------------------------------------------------------------------------------------------
```

Unbilled Time
-------------

| | Attorney ID | Name | Latest Entry | Oldest Entry | Hours | Dollars |
|---|---|---|---|---|---|---|
| (1) | 0221 | Peter C. Hein | Jan 31/11 | Nov 09/10 | 175.90 | 171,502.50 |
| (1) | 0236 | Warren R Stern | Jan 03/11 | Dec 01/10 | 2.70 | 2,632.50 |
| (1) | 0308 | Martin J Arms | Jan 19/11 | Nov 16/10 | 5.70 | 4,525.00 |
| (1) | 0934 | Christop Wilson | Jan 31/11 | Nov 09/10 | 245.10 | 138,265.00 |
| (1) | 1452 | Tijana J Dvornic | Jan 10/11 | Jan 04/11 | 12.00 | 6,000.00 |
| (1) | 1458 | Tracy O. Appleton | Jan 28/11 | Nov 09/10 | 11.90 | 5,432.50 |
| (1) | 2006 | Frederic Hollingsworth | Dec 07/10 | Nov 23/10 | 2.25 | 618.75 |
| (1) | 2706 | Shera Goldman | Dec 26/10 | Nov 15/10 | 0.60 | 120.00 |
| (1) | 2715 | Judith E Thompson | Jan 21/11 | Jan 12/11 | 0.37 | 83.25 |
| (1) | 2721 | Lena Goldenberg | Dec 21/10 | Nov 18/10 | 1.50 | 300.00 |
| (1) | 2733 | Nancy R. McKay | Jan 18/11 | Jan 18/11 | 0.20 | 35.00 |
| (1) | 2744 | Roseanne Shea | Jan 31/11 | Dec 28/10 | 1.10 | 190.00 |
| (1) | 2839 | Elizabet Grunwald | Jan 10/11 | Dec 07/10 | 0.60 | 125.00 |
| (1) | 2897 | Janeen Byron | Jan 06/11 | Nov 26/10 | 0.70 | 117.50 |
| (1) | 2935 | Mayra R. Cabrera | Dec 09/10 | Dec 09/10 | 1.40 | 210.00 |
| (1) | 6081 | Serge Maliarov | Dec 02/10 | Dec 02/10 | 0.50 | 112.50 |
| (1) | 8204 | Elizabet Bourne | Dec 22/10 | Nov 15/10 | 0.70 | 70.00 |
| (1) | 8320 | Fabian Menendez | Dec 02/10 | Dec 01/10 | 0.75 | 150.00 |
| (1) | 8324 | Ann Mari Ghany | Dec 01/10 | Dec 01/10 | 2.50 | 500.00 |
| | | Total | | | 466.47 | 330,989.50 |

| Lat Date | Old Date | Unbilled disbursements | Unbilled Disb |
|---|---|---|---|
| Nov 09/10 | Nov 09/10 | 005 Messenger Service | 10.00 |
| Dec 23/10 | Nov 09/10 | 006 Courier Service | 33.07 |
| Jan 25/11 | Nov 09/10 | 010 Duplicating | 400.80 |
| Jan 04/11 | Nov 10/10 | 029 Library-Westlaw Recovery | 1,463.93 |
| Jan 10/11 | Nov 09/10 | 033 Library-Lexis Research | 229.46 |
| Nov 29/10 | Nov 23/10 | 062 O/S Telephone | 120.12 |
| Jan 31/11 | Nov 09/10 | 065 O/S Obtain Court Documents | 1,300.47 |
| | | Total Disbursements | 3,557.85 |
| | | Total Unbilled Amount | 334,547.35 |

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|------|----------|----------------------|-------|--------|-------------|---------------|-------|
| 11/09/2010 | 0934 | Christopher L. Wilson | 10.30 | 5,665.00 | Work on draft notice of bankruptcy for derivative action; work on draft notice of bankruptcy for Ehrenreich and other actions; calls with client and Dewey to discuss drafts; prepare for underwriter mediation; work on bankruptcy issues; call with Politan; revise MOU; file derivative notice of bankruptcy; work on talking points for underwriters mediation | 05821-0503 | 3940028 |
| 11/09/2010 | 1458 | Tracy O. Appleton | 1.80 | 765.00 | Review emails; reviewing recent developments; researching opt-out issues | 05821-0503 | 3932279 |
| 11/09/2010 | 0221 | Peter C. Hein | 4.80 | 4,680.00 | Settlement follow up; work on settlement documentation; conversations with various parties and mediators; conversation with client; court filing re Chapter 11; prepare for mediation. | 05821-0503 | 3930702 |
| 11/10/2010 | 0221 | Peter C. Hein | 6.70 | 6,532.50 | Prepare for mediation; mediation; settlement follow up; procedural issues in litigation; communications with defendants. | 05821-0503 | 3930706 |
| 11/10/2010 | 1458 | Tracy O. Appleton | 0.30 | 127.50 | Review emails; looking into recent developments relevant to case | 05821-0503 | 3932282 |
| 11/10/2010 | 0934 | Christopher L. Wilson | 8.00 | 4,400.00 | Prepare for mediation session with underwriters; attend mediation session; followup calls re mediation; summarize mediation, work on Ehrenreich notice and file and cite check | 05821-0503 | 3940030 |
| 11/11/2010 | 0934 | Christopher L. Wilson | 3.50 | 1,925.00 | Work on Ambac MOU; calls to discuss; procedural research | 05821-0503 | 3940032 |
| 11/11/2010 | 1458 | Tracy O. Appleton | 0.30 | 127.50 | Review emails, reviewing recent developments | 05821-0503 | 3932288 |
| 11/11/2010 | 0221 | Peter C. Hein | 2.80 | 2,730.00 | Settlement follow up; conversations with various parties and defendants. | 05821-0503 | 3931723 |
| 11/12/2010 | 0221 | Peter C. Hein | 6.30 | 6,142.50 | Settlement follow up; various conversations with client and various other parties re settlement issues; review and comment on settlement docs | 05821-0503 | 3933095 |
| 11/12/2010 | 1458 | Tracy O. Appleton | 0.20 | 85.00 | Review emails; reviewing recent developments | 05821-0503 | 3932294 |
| 11/12/2010 | 0934 | Christopher L. Wilson | 2.50 | 1,375.00 | work on and revise Ambac MOU and discuss current situation | 05821-0503 | 3940037 |
| 11/13/2010 | 0221 | Peter C. Hein | 0.70 | 682.50 | Settlement issues. | 05821-0503 | 3933097 |
| 11/14/2010 | 0221 | Peter C. Hein | 0.80 | 780.00 | Settlement documentation; settlement follow up. | 05821-0503 | 3933098 |
| 11/15/2010 | 8204 | Elizabeth Bourne | 0.30 | 30.00 | Pull cases for L. Wilson | 05821-0503 | 3937155 |
| 11/15/2010 | 0221 | Peter C. Hein | 6.80 | 6,630.00 | Settlement issues; revision of settlement documentation; letters to Judges Buchwald and McMahon; various calls re settlement with various parties | 05821-0503 | 3933721 |
| 11/15/2010 | 0934 | Christopher L. Wilson | 7.20 | 3,960.00 | Revise MOU; review STRATS filing; review relevant securities precedent; work on Tolin update letter; parse MOU terms for underwritings; revise letter to Buchwald and McMahon; work on MOU claims-over protections | 05821-0503 | 3940038 |
| 11/15/2010 | 1458 | Tracy O. Appleton | 0.40 | 170.00 | Reviewing recent emails and precedent | 05821-0503 | 3940250 |
| 11/15/2010 | 2706 | Shera Goldman | 0.30 | 60.00 | Obtain cases for p hein | 05821-0503 | 3938329 |
| 11/16/2010 | 0308 | Martin J. E. Arms | 0.40 | 300.00 | Call with P. Hein re: settlement. | 05821-0503 | 3936346 |
| 11/16/2010 | 1458 | Tracy O. Appleton | 0.10 | 42.50 | Review emails | 05821-0503 | 3940257 |

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|------|----------|----------------------|-------|--------|-------------|---------------|-------|
| 11/16/2010 | 0934 | Christopher L. Wilson | 4.30 | 2,365.00 | Work on MOU and Tolin issues; review plaintiffs' comments on MOU; call to discuss plaintiffs' comments and revise accordingly | 05821-0503 | 3940041 |
| 11/16/2010 | 0221 | Peter C. Hein | 4.10 | 3,997.50 | Provide settlement documentation; discussions with various parties re settlement issues | 05821-0503 | 3935149 |
| 11/17/2010 | 0221 | Peter C. Hein | 1.30 | 1,267.50 | Conversations with various parties re settlement; settlement documentation; letter to court | 05821-0503 | 3936248 |
| 11/17/2010 | 0934 | Christopher L. Wilson | 2.70 | 1,485.00 | Work on Ambac joint letter; call with Steve Singer; revise Ambac MOU | 05821-0503 | 3940046 |
| 11/17/2010 | 1458 | Tracy O. Appleton | 0.60 | 255.00 | Review emails; reviewing recent drafts | 05821-0503 | 3940261 |
| 11/18/2010 | 1458 | Tracy O. Appleton | 0.20 | 85.00 | Reviewing emails and case developments | 05821-0503 | 3940265 |
| 11/18/2010 | 0934 | Christopher L. Wilson | 4.20 | 2,310.00 | Revise MOU; address comments from insurers on MOU; work on update letter to Judge McMahon and Buchwald; draft list of parties for bankruptcy notice | 05821-0503 | 4020012 |
| 11/18/2010 | 0221 | Peter C. Hein | 4.70 | 4,582.50 | Communications with various parties re settlement; revisions to MOU; call from court clerk and follow up and letter to Judge McMahon/Judge Buchwald. | 05821-0503 | 3936774 |
| 11/18/2010 | 2721 | Lena Goldenberg | 0.50 | 100.00 | Documents pull for Lee Wilson | 05821-0503 | 3940451 |
| 11/19/2010 | 0221 | Peter C. Hein | 5.70 | 5,557.50 | Revise settlement documents; discussions and communications with various parties re settlement; follow up on settlement issues | 05821-0503 | 3937603 |
| 11/19/2010 | 8204 | Elizabeth Bourne | 0.20 | 20.00 | Case pull for P. Hein | 05821-0503 | 3937157 |
| 11/19/2010 | 0934 | Christopher L. Wilson | 5.70 | 3,135.00 | Revise MOU; call with insurers to discuss MOU; discussions re recent precedent | 05821-0503 | 3940054 |
| 11/19/2010 | 1458 | Tracy O. Appleton | 1.00 | 425.00 | Review emails; addressing issues arising from recent precedent | 05821-0503 | 3940269 |
| 11/20/2010 | 1458 | Tracy O. Appleton | 0.40 | 170.00 | Review emails; discussing case timeline | 05821-0503 | 3940271 |
| 11/20/2010 | 0221 | Peter C. Hein | 0.80 | 780.00 | Follow up client request; settlement issues. | 05821-0503 | 3937607 |
| 11/20/2010 | 0934 | Christopher L. Wilson | 1.70 | 935.00 | Call with Dewey re timing; draft memo regarding timing issues; markup slide re timing issues for settlement | 05821-0503 | 3940055 |
| 11/21/2010 | 0934 | Christopher L. Wilson | 0.50 | 275.00 | Call to discuss bankruptcy timing issues | 05821-0503 | 3940058 |
| 11/21/2010 | 0221 | Peter C. Hein | 0.90 | 877.50 | Settlement issues; follow up on settlement timetable | 05821-0503 | 3937609 |
| 11/21/2010 | 1458 | Tracy O. Appleton | 0.20 | 85.00 | Review emails; reviewing recent developments | 05821-0503 | 3940275 |
| 11/22/2010 | 0934 | Christopher L. Wilson | 1.40 | 770.00 | Work re MOU; prepare for call with insurers and plaintiffs; prepare for call with client | 05821-0503 | 4020013 |
| 11/22/2010 | 0221 | Peter C. Hein | 2.60 | 2,535.00 | Settlement follow up; revisions to MOU; court decision and follow up. | 05821-0503 | 3941317 |
| 11/23/2010 | 0221 | Peter C. Hein | 6.30 | 6,142.50 | Settlement follow up; conversations with client; conversations with various parties; review and revise MOU; memo to defendants | 05821-0503 | 3941319 |
| 11/23/2010 | 0934 | Christopher L. Wilson | 10.50 | 5,775.00 | Calls with Kevin Doyle and Mark Young re MOU; review and revise MOU; prepare for call with plaintiffs counsel; prepare for discovery related call with ERISA counsel; calls with plaintiffs' counsel re MOU; discovery related call with ERISA counsel; calls to discuss document collection; work on doc collection; | 05821-0503 | 3944442 |

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|------|----------|----------------------|-------|--------|-------------|---------------|-------|
| | | | | | calls with K. Doyle; draft memo to individual defendants; review plaintiffs comments on the MOU. | | |
| 11/23/2010 | 2006 | Frederick C. J. Hollingsworth | 1.00 | 275.00 | Conference call with Lee Wilson regarding client data: conference call with vendor | 05821-0503 | 3943394 |
| 11/23/2010 | 1458 | Tracy O. Appleton | 0.10 | 42.50 | Review emails. | 05821-0503 | 3944658 |
| 11/24/2010 | 1458 | Tracy O. Appleton | 0.30 | 127.50 | Review emails; reviewing recent precedent | 05821-0503 | 3944660 |
| 11/24/2010 | 0221 | Peter C. Hein | 4.20 | 4,095.00 | Settlement follow up; communications with various parties re settlement; follow up on settlement issues. | 05821-0503 | 3943831 |
| 11/24/2010 | 0934 | Christopher L. Wilson | 5.70 | 3,135.00 | Calls with Mark Young; calls with Kevin Doyle; emails with insurers; revise memo to individual defendants; discussion re rules; pull past memos to individuals; send memo to individual defendants; email to Judge Politan; email to James Notis | 05821-0503 | 3944443 |
| 11/25/2010 | 0934 | Christopher L. Wilson | 0.80 | 440.00 | Work on notes for call with individuals | 05821-0503 | 3944446 |
| 11/26/2010 | 2897 | Janeen Byron | 0.20 | 30.00 | Pulled requested documents for L. Wilson. | 05821-0503 | 3951031 |
| 11/27/2010 | 0934 | Christopher L. Wilson | 1.00 | 550.00 | Work on talking points for Monday meeting with Doyle and Young | 05821-0503 | 3944447 |
| 11/28/2010 | 0934 | Christopher L. Wilson | 1.00 | 550.00 | Work on Ambac talking points | 05821-0503 | 3944448 |
| 11/28/2010 | 0221 | Peter C. Hein | 0.80 | 780.00 | Settlement issues. | 05821-0503 | 3946002 |
| 11/29/2010 | 0221 | Peter C. Hein | 6.20 | 6,045.00 | Settlement issues; settlement follow-up; various conversations w/cleints; conf calls w/clients; communications w/other parties. | 05821-0503 | 3946005 |
| 11/29/2010 | 2006 | Frederick C. J. Hollingsworth | 0.25 | 68.75 | Conference call with attorney regarding request for data | 05821-0503 | 3945627 |
| 11/29/2010 | 0934 | Christopher L. Wilson | 6.50 | 3,575.00 | Prepare for and hold call with Kevin Doyle and Mark Young; emails with ERISA counsel re discovery matters; send reminder email to individual defendants; calls with ERISA counsel re discovery issues; work on talking points for board call; call with the individual defendants; call with Kevin and Mark Young; draft email to Chartis | 05821-0503 | 4020030 |
| 11/30/2010 | 0221 | Peter C. Hein | 4.60 | 4,485.00 | Settlement issues; communications with various parties regarding settlement | 05821-0503 | 3946561 |
| 11/30/2010 | 0934 | Christopher L. Wilson | 8.50 | 4,675.00 | Draft email to individuals; work on document review/collection in conjunction with ERISA counsel; call with Diana Adams; work on email to Chartis; review documents from closed files; review and comment on MOU revisions from plaintiffs; consents | 05821-0503 | 3950300 |
| 12/01/2010 | 0934 | Christopher L. Wilson | 5.80 | 3,190.00 | draft email to individuals with revised MOU; calls with individuals re document collection; calls re consents; work on draft email to Chartis; call with Judge Politan; draft document collection summaries | 05821-0503 | 3966651 |
| 12/01/2010 | 0221 | Peter C. Hein | 4.70 | 4,582.50 | Settlement follow up; communications with client; communications with various other parties re settlement. | 05821-0503 | 3950808 |
| 12/01/2010 | 0236 | Warren R. Stern | 1.00 | 975.00 | Review of draft letter and discussion with Lee Wilson | 05821-0503 | 3970588 |
| 12/01/2010 | 8320 | Fabian Menendez | 0.25 | 50.00 | Copy over contents from network to external | 05821-0503 | 3968080 |

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| | | | | | drive. | | |
| 12/01/2010 | 8324 | Ann Marie Ghany | 2.50 | 500.00 | Processed electronic document production; Created preproduction database, and processed data for loading to databases for review by attorneys. | 05821-0503 | 3988123 |
| 12/02/2010 | 1458 | Tracy O. Appleton | 0.10 | 42.50 | Review emails | 05821-0503 | 3952223 |
| 12/02/2010 | 8320 | Fabian Menendez | 0.50 | 100.00 | Create truecrypt container and copy over production files. | 05821-0503 | 3968085 |
| 12/02/2010 | 0221 | Peter C. Hein | 2.70 | 2,632.50 | Settlement follow-up; discussions and communications w/various parties | 05821-0503 | 3951710 |
| 12/02/2010 | 0934 | Christopher L. Wilson | 4.40 | 2,420.00 | calls with Marsh; consent collection issues; revise and send email to Mike Manire; send documents to ERISA counsel; review and hold calls with insurers' counsel | 05821-0503 | 3966654 |
| 12/02/2010 | 6081 | Serge Maliarov | 0.50 | 112.50 | Preperation of media for production. | 05821-0503 | 4000541 |
| 12/02/2010 | 0308 | Martin J. E. Arms | 0.20 | 150.00 | Call with P. Hein. | 05821-0503 | 3956548 |
| 12/03/2010 | 0308 | Martin J. E. Arms | 0.40 | 300.00 | Call with P. Hein. | 05821-0503 | 3956551 |
| 12/03/2010 | 0934 | Christopher L. Wilson | 8.50 | 4,675.00 | call to discuss procedure for executing MOU; discuss discovery issues with ERISA counsel; calls with insurers; draft additional provisions relating to settlement; draft update email to the individual defendants; review and respond to comments from Chartis on the MOU | 05821-0503 | 3966656 |
| 12/03/2010 | 0221 | Peter C. Hein | 7.40 | 7,215.00 | Settlement follow up; review settlement documents; conversations with multiple parties re settlement | 05821-0503 | 3955709 |
| 12/03/2010 | 1458 | Tracy O. Appleton | 0.30 | 127.50 | Review emails; discussing MOU | 05821-0503 | 3952226 |
| 12/04/2010 | 0221 | Peter C. Hein | 0.60 | 585.00 | Settlement follow up. | 05821-0503 | 3955712 |
| 12/04/2010 | 0934 | Christopher L. Wilson | 3.50 | 1,925.00 | work on draft email to individuals; review & discuss recent securities law decisions; | 05821-0503 | 3966658 |
| 12/06/2010 | 0308 | Martin J. E. Arms | 0.90 | 675.00 | Call with P. Hein. | 05821-0503 | 3973151 |
| 12/06/2010 | 0221 | Peter C. Hein | 6.10 | 5,947.50 | Settlement issues; revision of settlement agreements; multiple conversations with clients and various other parties re settlement | 05821-0503 | 3966069 |
| 12/06/2010 | 2006 | Frederick C. J. Hollingsworth | 0.50 | 137.50 | Creating a dat file | 05821-0503 | 3972087 |
| 12/06/2010 | 1458 | Tracy O. Appleton | 0.10 | 42.50 | Review emails | 05821-0503 | 3972028 |
| 12/06/2010 | 0934 | Christopher L. Wilson | 7.60 | 4,180.00 | call to discuss 8-K issue; call to discuss document collection issues; calls to discuss revised MOU with client, insurers and plaintiffs; emails re insurer MOU; draft joint update letter to the court re settlement; draft and send update email to the individual defendants re status; research re bankruptcy rules | 05821-0503 | 4020047 |
| 12/07/2010 | 1458 | Tracy O. Appleton | 0.10 | 42.50 | Review emails on latest developments | 05821-0503 | 3972032 |
| 12/07/2010 | 0934 | Christopher L. Wilson | 8.30 | 4,565.00 | collect and send example settlement 8-Ks; review and revise separate insurer agreement; discussion with client re board approval issues; final review of MOU and discussion of key issues; pull and circulate requested billing information to insurers; connections check re special counsel; review of recent precedent | 05821-0503 | 3976228 |

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|------|----------|----------------------|-------|--------|-------------|---------------|-------|
| 12/07/2010 | 2006 | Frederick C. J. Hollingsworth | 0.50 | 137.50 | Conference call with Lee Wilson and Guidance regarding project; | 05821-0503 | 3972089 |
| 12/07/2010 | 2839 | Elizabeth Grunwald | 0.20 | 35.00 | Did search for Collier on Bankruptcy section. (L. Wilson) | 05821-0503 | 3974934 |
| 12/07/2010 | 0221 | Peter C. Hein | 3.80 | 3,705.00 | Settlement issues; conversations with various parties re settlement; revisions of settlement documents | 05821-0503 | 3967701 |
| 12/07/2010 | 0308 | Martin J. E. Arms | 0.80 | 600.00 | Addressing insurance and settlement issues, call with P. Hein. | 05821-0503 | 3973153 |
| 12/08/2010 | 0308 | Martin J. E. Arms | 0.50 | 375.00 | Reviewing insurer MOU, call with P. Hein. | 05821-0503 | 3973155 |
| 12/08/2010 | 0221 | Peter C. Hein | 2.70 | 2,632.50 | Settlement issues; conversations with various parties re settlement; review and comment on drafts | 05821-0503 | 3970562 |
| 12/08/2010 | 1458 | Tracy O. Appleton | 0.10 | 42.50 | Review emails | 05821-0503 | 3972035 |
| 12/08/2010 | 0934 | Christopher L. Wilson | 7.90 | 4,345.00 | work re billing information for insurers; review, discuss and revise insurer MOU; circulate materials to Dewey re insurance and derivative actions; draft and send update email to individuals; bankruptcy rules research; calls with insurers' counsel; call with plaintiffs' counsel; revise draft joint letter; coordinate signing of MOU | 05821-0503 | 3976232 |
| 12/09/2010 | 0934 | Christopher L. Wilson | 4.00 | 2,200.00 | coordinate exchange of signatures and circulate completed MOU; revise and circulate joint letter; research and draft email to insurers and Dewey re Ambac billing; discussions re settlement 8-K; work insurance with Dewey | 05821-0503 | 3976236 |
| 12/09/2010 | 2935 | Mayra R. Cabrera | 1.40 | 210.00 | Searched for SEC documents and company press releases for Lee Wilson. | 05821-0503 | 3978760 |
| 12/09/2010 | 1458 | Tracy O. Appleton | 0.10 | 42.50 | Review emails | 05821-0503 | 3972038 |
| 12/09/2010 | 0221 | Peter C. Hein | 2.20 | 2,145.00 | Conversations with various parties re settlement; follow up on documentation and settlement issues | 05821-0503 | 3972268 |
| 12/10/2010 | 0221 | Peter C. Hein | 1.60 | 1,560.00 | Settlement follow-up | 05821-0503 | 3972271 |
| 12/10/2010 | 0934 | Christopher L. Wilson | 2.40 | 1,320.00 | send update email to individuals re MOU; work on email to Dewey re 90-days payments; revise and circulate joint letter re settlement | 05821-0503 | 4020048 |
| 12/13/2010 | 0934 | Christopher L. Wilson | 2.70 | 1,485.00 | work on Ambac 8-K re settlement (1.5 hours); work on 90-days payment email (.5 hours);  work on Ambac 8-K re settlement (.7 hours) | 05821-0503 | 4019999 |
| 12/13/2010 | 0221 | Peter C. Hein | 3.20 | 3,120.00 | Settlement follow-up; conversations w/various parties; review & comment on drafts, | 05821-0503 | 3973288 |
| 12/14/2010 | 0221 | Peter C. Hein | 2.40 | 2,340.00 | Review and comment on drafts; follow up on client requests. | 05821-0503 | 3975575 |
| 12/14/2010 | 0934 | Christopher L. Wilson | 2.00 | 1,100.00 | work on Ambac 8-K (.5 hours); call with Richard Spitzer re documents (.5 hours); call to discuss Ambac 8-K (1 hour). | 05821-0503 | 4020001 |
| 12/15/2010 | 0934 | Christopher L. Wilson | 3.00 | 1,650.00 | draft Ambac letter and obtaining consents (1 hour); review draft stip of settlement (1 hour); review and send letter to court re settlement (.8 hours); call to discuss bankruptcy rules (.2 hours) | 05821-0503 | 4020003 |
| 12/15/2010 | 0221 | Peter C. Hein | 3.50 | 3,412.50 | Review and comment on draft settlement papers; conversations with various parties re settlement; letter to court. | 05821-0503 | 3975901 |

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|------|----------|----------------------|-------|--------|-------------|---------------|-------|
| 12/16/2010 | 0221 | Peter C. Hein | 4.40 | 4,290.00 | Review, comment and revise settlement documentation including stipulation of settlement (3.3), conversations with client and various other parties re settlement (1.1). | 05821-0503 | 4020007 |
| 12/16/2010 | 1458 | Tracy O. Appleton | 0.10 | 42.50 | Review emails | 05821-0503 | 3980027 |
| 12/16/2010 | 0934 | Christopher L. Wilson | 1.80 | 990.00 | discussions and calls re McMahon letter (.5 hours); review of draft stipulation of settlement (1 hour); call with Marsh re settlement (.3 hours) | 05821-0503 | 4020005 |
| 12/17/2010 | 0934 | Christopher L. Wilson | 3.50 | 1,925.00 | calls to discuss comments and thoughts on draft stipulation of settlement. | 05821-0503 | 4020011 |
| 12/17/2010 | 0221 | Peter C. Hein | 2.40 | 2,340.00 | Conversations with other parties re settlement and follow up (.8), review, comment on and revise settlement drafts (1.6). | 05821-0503 | 4020009 |
| 12/19/2010 | 0934 | Christopher L. Wilson | 2.00 | 1,100.00 | work on revising draft stipulation of settlement (2 hours) | 05821-0503 | 3987747 |
| 12/21/2010 | 0221 | Peter C. Hein | 0.40 | 390.00 | revisions to settlement stip | 05821-0503 | 4020015 |
| 12/21/2010 | 1458 | Tracy O. Appleton | 0.10 | 42.50 | Review emails | 05821-0503 | 3985425 |
| 12/21/2010 | 2721 | Lena Goldenberg | 1.00 | 200.00 | Case pull for L. Wilson | 05821-0503 | 3981744 |
| 12/22/2010 | 8204 | Elizabeth Bourne | 0.20 | 20.00 | Obtain article for P. Hein | 05821-0503 | 3981150 |
| 12/22/2010 | 0221 | Peter C. Hein | 2.10 | 2,047.50 | Review, discuss and comment on settlement drafts (1.8); communications with other parties re settlement (.3). | 05821-0503 | 3981373 |
| 12/22/2010 | 0934 | Christopher L. Wilson | 0.70 | 385.00 | draft email to insurers re retention and call to discuss. | 05821-0503 | 4020017 |
| 12/23/2010 | 0934 | Christopher L. Wilson | 0.90 | 495.00 | Communicate with insurers re plans (.6); communications with ERISA counsel re discovery (.3). | 05821-0503 | 4020019 |
| 12/23/2010 | 0221 | Peter C. Hein | 2.50 | 2,437.50 | Review and comment and revise settlement documentation (2.2); communications with other parties re settlement (.3). | 05821-0503 | 3983676 |
| 12/26/2010 | 2706 | Shera Goldman | 0.30 | 60.00 | Obtain materials for Lee Wilson | 05821-0503 | 3983644 |
| 12/26/2010 | 0934 | Christopher L. Wilson | 4.00 | 2,200.00 | review all parties' comments on, call to discuss comments on and revise Ambac insurer agreement (4 hours) | 05821-0503 | 3987762 |
| 12/27/2010 | 0934 | Christopher L. Wilson | 3.50 | 1,925.00 | work on revising Ambac stipulation of settlement (2 hours); call to discuss and revise Ambac insurer agreement (1.5 hours) | 05821-0503 | 3987763 |
| 12/27/2010 | 0221 | Peter C. Hein | 1.20 | 1,170.00 | Review, comment on and revise settlement agreement drafts (1.2). | 05821-0503 | 4020021 |
| 12/28/2010 | 0221 | Peter C. Hein | 1.90 | 1,852.50 | Review, revise and comment on drafts of settlement papers. | 05821-0503 | 4020027 |
| 12/28/2010 | 2744 | Roseanne M. Shea | 0.10 | 15.00 | Case pull - L. Wilson | 05821-0503 | 3995262 |
| 12/28/2010 | 0934 | Christopher L. Wilson | 3.10 | 1,705.00 | revise Ambac stipulation of settlment (1.8 hour); review new decision re settlement and summarize (1.3 hours). | 05821-0503 | 4020024 |
| 12/29/2010 | 0221 | Peter C. Hein | 0.80 | 780.00 | Conversations with client and Dewey (.3); issues re settlement papers (.5). | 05821-0503 | 4020029 |
| 12/30/2010 | 0221 | Peter C. Hein | 1.70 | 1,657.50 | Issues re settlement papers; review and comment on draft settlement papers. | 05821-0503 | 3985601 |

Billed and Unbilled Recap Of Time Detail - [05821-0503 - Post 11/8 - Litigation]
Client:05821 - Ambac Financial Group, Inc.   2/22/2011 3:54:49 PM

Page 7

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|------|----------|----------------------|-------|--------|-------------|---------------|-------|
| 12/30/2010 | 0236 | Warren R. Stern | 0.20 | 195.00 | Telcon P. Hein. | 05821-0503 | 3986031 |
| 12/30/2010 | 0934 | Christopher L. Wilson | 1.30 | 715.00 | revise insurer agreement. | 05821-0503 | 4020032 |
| 12/31/2010 | 0934 | Christopher L. Wilson | 9.00 | 4,950.00 | work on revising draft Ambac stipulation of settlement (9 hours) | 05821-0503 | 3987773 |
| 01/02/2011 | 0934 | Christopher L. Wilson | 8.00 | 4,800.00 | call to discuss comments on stipulation of settlement (2 hours); revise stipulation of settlement (6.0 hours). | 05821-0503 | 3990545 |
| 01/02/2011 | 0221 | Peter C. Hein | 2.60 | 2,535.00 | Review, revise and comment on draft settlement papers | 05821-0503 | 3985603 |
| 01/03/2011 | 0221 | Peter C. Hein | 6.80 | 6,630.00 | Issues re settlement; review, revise comment on settlement documentation; conversations with various parties re settlement issues | 05821-0503 | 3987555 |
| 01/03/2011 | 0236 | Warren R. Stern | 1.50 | 1,462.50 | Review and discussion of draft settlement papers | 05821-0503 | 3987636 |
| 01/03/2011 | 1458 | Tracy O. Appleton | 0.50 | 250.00 | Reviewing emails and recent case developments | 05821-0503 | 3991966 |
| 01/03/2011 | 0934 | Christopher L. Wilson | 6.40 | 3,840.00 | call with internal team to discuss comments on settlement stip (1 hr); call to discuss stipulation (.7 hours); revise stipulation per comments (1.0 hours);revise stipulation (1.9 hours); call to discuss comments on stipulation (1.8 hours) | 05821-0503 | 4020034 |
| 01/03/2011 | 0308 | Martin J. E. Arms | 1.20 | 1,020.00 | Call with Stern and Hein, reviewing issues on settlement. | 05821-0503 | 3992208 |
| 01/04/2011 | 0308 | Martin J. E. Arms | 0.80 | 680.00 | Calls with P. Hein. | 05821-0503 | 3992210 |
| 01/04/2011 | 0934 | Christopher L. Wilson | 4.80 | 2,880.00 | plan for and schedule call to discuss settlement status (.5 hours); discuss tax implications of settlement (.3 hours); call with Dewey and Judge Politan to discuss creditors' issues (1.5 hours); plan for meeting with creditors' committee (2.3 hours) | 05821-0503 | 3993361 |
| 01/04/2011 | 1452 | Tijana J. Dvornic | 4.00 | 2,000.00 | Review tax-related terms of stipulation. | 05821-0503 | 3989284 |
| 01/04/2011 | 1458 | Tracy O. Appleton | 3.00 | 1,500.00 | Emails; discussing and researching insurance issues | 05821-0503 | 3991969 |
| 01/04/2011 | 2897 | Janeen Byron | 0.30 | 52.50 | For L. Wilson - articles search. | 05821-0503 | 4012900 |
| 01/04/2011 | 0221 | Peter C. Hein | 3.20 | 3,120.00 | Conversations with client, co-counsel and other parties re settlement issues; settlement documentation. | 05821-0503 | 3990450 |
| 01/05/2011 | 0221 | Peter C. Hein | 5.20 | 5,070.00 | Prep for meeting with creditor's counsel, attorneys and mediator; meeting with creditor counsel, attorneys and mediator; followup; conversations with client and co-counsel; settlement issues. | 05821-0503 | 3990453 |
| 01/05/2011 | 0934 | Christopher L. Wilson | 6.30 | 3,780.00 | prepare for meeting/mediation session with creditors (1.8 hours); mediation meeting with creditors re settlement (3 hours); followup discussion re mediation meeting and calls to discuss how to proceed (1.5 hours) | 05821-0503 | 3993365 |
| 01/06/2011 | 0934 | Christopher L. Wilson | 1.00 | 600.00 | review ERISA decision and draft summary (.5 hours); review bankruptcy stay-related documents (.5 hours) | 05821-0503 | 3993367 |
| 01/06/2011 | 0221 | Peter C. Hein | 0.30 | 292.50 | Settlement issues. | 05821-0503 | 3990947 |
| 01/06/2011 | 2897 | Janeen Byron | 0.20 | 35.00 | For Lee Wilson - sent requested case filings. | 05821-0503 | 4012919 |
| 01/06/2011 | 1458 | Tracy O. Appleton | 0.10 | 50.00 | Review emails | 05821-0503 | 3991974 |

Billed and Unbilled Recap Of Time Detail - [05821-0503 - Post 11/8 - Litigation]
Client:05821 - Ambac Financial Group, Inc.   2/22/2011 3:54:49 PM

Page 8

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| 01/07/2011 | 1458 | Tracy O. Appleton | 0.20 | 100.00 | Review emails on most recent developments | 05821-0503 | 3991977 |
| 01/07/2011 | 0221 | Peter C. Hein | 4.90 | 4,777.50 | Follow up on settlement issues; conversations with clients and various other parties re settlement; revisions to settlement documents. | 05821-0503 | 3992660 |
| 01/07/2011 | 0934 | Christopher L. Wilson | 1.00 | 600.00 | call to discuss Ambac issues and subsequent revisions (.5 hours); call to discuss insurer agreement and contents thereon (.5 hours) | 05821-0503 | 4020036 |
| 01/08/2011 | 0934 | Christopher L. Wilson | 3.80 | 2,280.00 | call to discuss comments on stipulation (1.3 hours); incorporate comments on insurer agreement (2.5 hours) | 05821-0503 | 3993372 |
| 01/08/2011 | 1452 | Tijana J. Dvornic | 1.50 | 750.00 | Research re QSFs | 05821-0503 | 3991357 |
| 01/08/2011 | 0221 | Peter C. Hein | 1.20 | 1,170.00 | Review and discuss changes to settlement papers | 05821-0503 | 3992661 |
| 01/10/2011 | 0221 | Peter C. Hein | 4.40 | 4,290.00 | Conversations with client and various parties re settlement issues, and follow up; review comments and revisions to settlement documents. | 05821-0503 | 3992665 |
| 01/10/2011 | 2839 | Elizabeth Grunwald | 0.40 | 90.00 | Sent article. (Dvornic) | 05821-0503 | 3998506 |
| 01/10/2011 | 1452 | Tijana J. Dvornic | 6.50 | 3,250.00 | Legal research re tax implications of settlement. | 05821-0503 | 3992343 |
| 01/10/2011 | 0934 | Christopher L. Wilson | 1.30 | 780.00 | Discuss tax issues re stipulation of settlement (1 hr); discuss current status of creditors' issues (.3 hours) | 05821-0503 | 4002463 |
| 01/11/2011 | 0934 | Christopher L. Wilson | 7.40 | 4,440.00 | revise stipulation of settlement and insurer agreement to incorporate comments and call to discuss the revised versions (4.1 hours); draft email to individuals to inform them re status of settlement (.5); further revise settlement papers (1.3 hours); review Ambac decision (.3 hours); planning call for call with creditors committee (.5 hours); revise emails to individuals (.8) | 05821-0503 | 4002465 |
| 01/11/2011 | 2744 | Roseanne M. Shea | 0.30 | 52.50 | Pull opinion - L. Wilson | 05821-0503 | 4010652 |
| 01/11/2011 | 0221 | Peter C. Hein | 2.40 | 2,340.00 | Discuss revisions to settlement agreement; settlement issues; communications with defendants re settlement. | 05821-0503 | 3994123 |
| 01/11/2011 | 1458 | Tracy O. Appleton | 0.20 | 100.00 | Review Emails; reading about latest developments | 05821-0503 | 3997356 |
| 01/12/2011 | 0221 | Peter C. Hein | 3.90 | 3,802.50 | Settlement issues; conversations with client and follow up. | 05821-0503 | 3995360 |
| 01/12/2011 | 1458 | Tracy O. Appleton | 0.30 | 150.00 | Emails on latest developments | 05821-0503 | 3997359 |
| 01/12/2011 | 0934 | Christopher L. Wilson | 7.20 | 4,320.00 | call with client to discuss stipulation and insurer agreement (1.5 hours); internal call to discuss client's comments (1 hour); revise stipulation and insurer agreement and circulate to individuals (1 hour); work on talking points for call (2.5 hours); revise talking points (.9 hours); respond to questions from individuals re settlement (.3 hours) | 05821-0503 | 4002467 |
| 01/12/2011 | 2715 | Judith E. Thompson | 0.17 | 38.25 | Obtained items from docket sheet. Per, L. Wilson. | 05821-0503 | 4002927 |
| 01/13/2011 | 0934 | Christopher L. Wilson | 7.00 | 4,200.00 | plan for and hold call with creditors committee (1.3); call with insurers' counsel (.5); revise settlement papers (.5); call with mediator (.5); call with Cornerstone (.5); prepare task description for Cornerstone (1.5); verify | 05821-0503 | 4002469 |

Billed and Unbilled Recap Of Time Detail - [05821-0503 - Post 11/8 - Litigation]
Client:05821 - Ambac Financial Group, Inc. 2/22/2011 3:54:49 PM

Page 9

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|------|----------|----------------------|-------|--------|-------------|---------------|-------|
| | | | | | Cornerstone information with Ambac and send to Cornerstone (.8); call to discuss cornerstone analysis (1.4) | | |
| 01/13/2011 | 0221 | Peter C. Hein | 3.50 | 3,412.50 | Conference calls with client and co-counsel; conference call with creditors committee and follow up; discussions with various parties re settlement issues; review and comment on draft correspondence re settlement. | 05821-0503 | 3995365 |
| 01/14/2011 | 0221 | Peter C. Hein | 1.60 | 1,560.00 | Communications with client re settlement; settlement issues | 05821-0503 | 3996383 |
| 01/14/2011 | 0934 | Christopher L. Wilson | 2.20 | 1,320.00 | draft email to individual defendant (.8 hours); work on summary analysis re releases (.7 hours); revise work description for cornerstone (.7 hours). | 05821-0503 | 4020040 |
| 01/17/2011 | 2744 | Roseanne M. Shea | 0.30 | 52.50 | Pull court docs - L. Wilson | 05821-0503 | 4013983 |
| 01/18/2011 | 2744 | Roseanne M. Shea | 0.10 | 17.50 | Pull case doc - L. Wilson | 05821-0503 | 4013985 |
| 01/18/2011 | 0934 | Christopher L. Wilson | 0.80 | 480.00 | Review and summarize automatic stay brief (.5); review and summarize brief in ERISA matter (.3) | 05821-0503 | 4020042 |
| 01/18/2011 | 0221 | Peter C. Hein | 0.20 | 195.00 | Settlement issues | 05821-0503 | 3998741 |
| 01/18/2011 | 2733 | Nancy R. McKay | 0.20 | 35.00 | Court papers for L Wilson | 05821-0503 | 4001868 |
| 01/19/2011 | 0308 | Martin J. E. Arms | 0.50 | 425.00 | Editing memo on releases. | 05821-0503 | 4002024 |
| 01/19/2011 | 0221 | Peter C. Hein | 1.10 | 1,072.50 | Review and comment on correspondence re settlement and Cornerstone proposal (at request of creditors' committee) | 05821-0503 | 4020044 |
| 01/19/2011 | 0934 | Christopher L. Wilson | 1.90 | 1,140.00 | revisions to stipulation of settlement (.5); draft and send emails summarizing current status of stipulation negotiations (.3); revise release summary (.4); call with Cornerstone re additional work and review and revise proposal (.7) | 05821-0503 | 4011497 |
| 01/19/2011 | 2744 | Roseanne M. Shea | 0.10 | 17.50 | Pull court document - L. Wilson | 05821-0503 | 4013994 |
| 01/20/2011 | 2744 | Roseanne M. Shea | 0.10 | 17.50 | Pull court docs - L. Wilson | 05821-0503 | 4014008 |
| 01/20/2011 | 1458 | Tracy O. Appleton | 0.10 | 50.00 | Review emails | 05821-0503 | 4001042 |
| 01/20/2011 | 0934 | Christopher L. Wilson | 0.80 | 480.00 | call with Judge Politan (.3); summarize bankruptcy court developments re litigation (.5) | 05821-0503 | 4020046 |
| 01/20/2011 | 0221 | Peter C. Hein | 0.40 | 390.00 | Conversations with various parties re settlement. | 05821-0503 | 4001706 |
| 01/21/2011 | 0221 | Peter C. Hein | 0.30 | 292.50 | Communications re settlement and follow up. | 05821-0503 | 4001710 |
| 01/21/2011 | 1458 | Tracy O. Appleton | 0.10 | 50.00 | Review emails | 05821-0503 | 4001045 |
| 01/21/2011 | 2715 | Judith E. Thompson | 0.20 | 45.00 | Obtained court document from pacer for a specific case. Per, Lee Wilson. | 05821-0503 | 4002950 |
| 01/22/2011 | 0221 | Peter C. Hein | 0.20 | 195.00 | Settlement issues. | 05821-0503 | 4001711 |
| 01/24/2011 | 0221 | Peter C. Hein | 1.20 | 1,170.00 | Conversations with client and other parties re settlement; follow up re settlement; review and follow up on comments on settlement stipulation. | 05821-0503 | 4001904 |
| 01/24/2011 | 0934 | Christopher L. Wilson | 2.80 | 1,680.00 | Calls regarding discussions with insurers (.5); call with client re status (.5); review insurers' comments on stipulation, call to discuss, revisions (1.3); call with underwriters' counsel re settlement (.5) | 05821-0503 | 4011505 |

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|------|----------|----------------------|-------|--------|-------------|---------------|-------|
| 01/25/2011 | 0934 | Christopher L. Wilson | 4.50 | 2,700.00 | prepare for and call with insurers re stipulation (1); hold additional call with insurers re stipulation comments, revise stipulation accordingly (1); further revise stipulation, draft email to plaintiffs, send revised stipulation to plaintiffs (1.5); summary re insurance issues (1) | 05821-0503 | 4011507 |
| 01/25/2011 | 1458 | Tracy O. Appleton | 0.10 | 50.00 | Review emails | 05821-0503 | 4006261 |
| 01/25/2011 | 0221 | Peter C. Hein | 1.40 | 1,365.00 | Revisions to settlement stipulation; conversations with other parties re settlement issues. | 05821-0503 | 4003402 |
| 01/26/2011 | 0221 | Peter C. Hein | 0.20 | 195.00 | Follow up re settlement communications. | 05821-0503 | 4021707 |
| 01/27/2011 | 0221 | Peter C. Hein | 0.60 | 585.00 | Conference call re scope of provisions of settlement agreements and follow up. | 05821-0503 | 4004433 |
| 01/27/2011 | 1458 | Tracy O. Appleton | 0.30 | 150.00 | Review emails on recent developments | 05821-0503 | 4006269 |
| 01/27/2011 | 0934 | Christopher L. Wilson | 0.50 | 300.00 | research re insurance issue (.5) | 05821-0503 | 4011512 |
| 01/28/2011 | 1458 | Tracy O. Appleton | 0.10 | 50.00 | Review emails | 05821-0503 | 4006272 |
| 01/31/2011 | 2744 | Roseanne M. Shea | 0.10 | 17.50 | Pull court documents - L. Wilson | 05821-0503 | 4014091 |
| 01/31/2011 | 0934 | Christopher L. Wilson | 1.50 | 900.00 | research re insurance-related issues. | 05821-0503 | 4021709 |
| 01/31/2011 | 0221 | Peter C. Hein | 0.90 | 877.50 | Conversations/conference call with client and Dewey and follow up. | 05821-0503 | 4007072 |
| | | UNBILLED TOTALS:  WORK | 466.47 | 330,989.50 | 200 records | | |
| | | UNBILLED TOTALS:  BILL: | 466.47 | 330,989.50 | | | |
| | | GRAND TOTALS:  WORK: | 466.47 | 330,989.50 | 200 records | | |
| | | GRAND TOTALS:  BILL: | 466.47 | 330,989.50 | | | |

--------------------------------------------------------------------------------------------------------

Unbilled Time
-------------

|     | Attorney | | Latest | Oldest | --Total Unbilled--- | |
|-----|----------|---|--------|--------|-------|---------|
|     | ID | Name | Entry | Entry | Hours | Dollars |
| (1) | 0221 | Peter C. Hein | Jan 26/11 | Dec 16/10 | 7.40 | 7,215.00 |
| (1) | 0236 | Warren R Stern | Jan 17/11 | Jan 17/11 | 0.80 | 780.00 |
| (1) | 0934 | Christop Wilson | Jan 31/11 | Nov 18/10 | 47.40 | 26,485.00 |
|     |      |                |           | Total     | 55.60 | 34,480.00 |

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|------|----------|----------------------|-------|--------|-------------|---------------|-------|
| 11/18/2010 | 0934 | Christopher L. Wilson | 0.80 | 440.00 | Work on special counsel retention issues | 05821-0504 | 3940051 |
| 11/22/2010 | 0934 | Christopher L. Wilson | 0.30 | 165.00 | Work re special counsel application | 05821-0504 | 3940061 |
| 11/24/2010 | 0934 | Christopher L. Wilson | 1.30 | 715.00 | Work on special counsel application | 05821-0504 | 4020022 |
| 11/28/2010 | 0934 | Christopher L. Wilson | 1.50 | 825.00 | Work on special counsel retention | 05821-0504 | 4020026 |
| 11/29/2010 | 0934 | Christopher L. Wilson | 0.50 | 275.00 | Work on special counsel retention application | 05821-0504 | 3944449 |
| 12/01/2010 | 0934 | Christopher L. Wilson | 1.40 | 770.00 | Work on retention application | 05821-0504 | 4020037 |
| 12/02/2010 | 0934 | Christopher L. Wilson | 2.70 | 1,485.00 | Work on retention application and issues | 05821-0504 | 4020039 |
| 12/06/2010 | 0934 | Christopher L. Wilson | 2.00 | 1,100.00 | Research re special counsel issues | 05821-0504 | 3976226 |
| 12/10/2010 | 0934 | Christopher L. Wilson | 1.10 | 605.00 | Billing/connections work; work on retention affidavit; | 05821-0504 | 3976239 |
| 12/12/2010 | 0934 | Christopher L. Wilson | 2.00 | 1,100.00 | Work on retention application; work on response to Dewey billing questions | 05821-0504 | 3976244 |
| 12/13/2010 | 0934 | Christopher L. Wilson | 3.50 | 1,925.00 | work on Ambac retention application and 90-day payment email (.3 hours); work on Ambac retention application (1.4 hours); call to discuss special counsel application and revise accordingly (.8 hours); work on Ambac retention application (1 hour). | 05821-0504 | 4019998 |
| 12/14/2010 | 0934 | Christopher L. Wilson | 1.00 | 550.00 | work on special counsel application | 05821-0504 | 4020000 |
| 12/15/2010 | 0934 | Christopher L. Wilson | 1.00 | 550.00 | call to discuss special counsel application | 05821-0504 | 4020002 |
| 12/16/2010 | 0934 | Christopher L. Wilson | 3.50 | 1,925.00 | work on special counsel application (1 hour); work on special counsel application schedules (2 hours); call to discuss schedules to special counsel application (.5 hours) | 05821-0504 | 4020004 |
| 12/16/2010 | 0221 | Peter C. Hein | 1.20 | 1,170.00 | review and revise application for appointment as special counsel. | 05821-0504 | 4020006 |
| 12/17/2010 | 0221 | Peter C. Hein | 1.30 | 1,267.50 | review and revise special counsel application and schedules. | 05821-0504 | 4020008 |
| 12/17/2010 | 0934 | Christopher L. Wilson | 2.80 | 1,540.00 | revise special counsel declaration (.8 hours); work on schedules for declaration (.5 hours); work on Ambac declaration and calls to discuss declaration (1.5 hours). | 05821-0504 | 4020010 |
| 12/20/2010 | 0934 | Christopher L. Wilson | 2.90 | 1,595.00 | work on retention declaration (1.5 hours); work on retention schedules (1.4 hours) | 05821-0504 | 3987749 |
| 12/20/2010 | 0221 | Peter C. Hein | 0.70 | 682.50 | Special counsel application. | 05821-0504 | 3980734 |
| 12/21/2010 | 0221 | Peter C. Hein | 0.50 | 487.50 | Special counsel application. | 05821-0504 | 4020014 |
| 12/21/2010 | 0934 | Christopher L. Wilson | 2.00 | 1,100.00 | revise special counsel documents and schedules, calls re the same (1.5 hours); connections checking calls (.5 hours) | 05821-0504 | 3987753 |
| 12/22/2010 | 0934 | Christopher L. Wilson | 0.50 | 275.00 | revise declaration | 05821-0504 | 4020016 |
| 12/23/2010 | 0934 | Christopher L. Wilson | 0.80 | 440.00 | revise declaration. | 05821-0504 | 4020018 |
| 12/24/2010 | 0934 | Christopher L. Wilson | 0.80 | 440.00 | draft and send email to Dewey re questions re declaration (.8 hours) | 05821-0504 | 3987761 |
| 12/27/2010 | 0221 | Peter C. Hein | 0.40 | 390.00 | special counsel application. | 05821-0504 | 4020020 |
| 12/28/2010 | 0221 | Peter C. Hein | 1.40 | 1,365.00 | review, revise and comment on application for appointment as special counsel. | 05821-0504 | 4020025 |
| 12/28/2010 | 0934 | Christopher L. Wilson | 4.10 | 2,255.00 | revise insurer agreement (.5 hours); review and comment on Dewey retention-related papers and | 05821-0504 | 4020023 |

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|------|----------|----------------------|-------|--------|-------------|---------------|-------|
| | | | | | call to discuss retention papers (3.6 hours) | | |
| 12/29/2010 | 0221 | Peter C. Hein | 0.80 | 780.00 | review, revise and discuss special counsel application. | 05821-0504 | 4020028 |
| 12/29/2010 | 0934 | Christopher L. Wilson | 1.10 | 605.00 | finish and circulate comments on retention application prepared by Dewey (.8 hours); review completed application (.3 hours) | 05821-0504 | 3987767 |
| 12/30/2010 | 0934 | Christopher L. Wilson | 1.50 | 825.00 | review revised retention application (.7 hours); connections/relationships checking for retention schedules (.8 hours) | 05821-0504 | 4020031 |
| 01/03/2011 | 0934 | Christopher L. Wilson | 0.60 | 360.00 | call with Dewey to discuss retention application (.2 hours); call with Dewey to discuss retention application (.4 hours). | 05821-0504 | 4020033 |
| 01/07/2011 | 0934 | Christopher L. Wilson | 1.00 | 600.00 | work on retention application and incorporate creditors' committee changes (.5 hours); calls to discuss retention application (.5 hours). | 05821-0504 | 4020035 |
| 01/14/2011 | 0934 | Christopher L. Wilson | 1.00 | 600.00 | revise special counsel application. | 05821-0504 | 4020038 |
| 01/17/2011 | 0236 | Warren R. Stern | 0.80 | 780.00 | Reviewed appl. for appointment as special counsel to debtor | 05821-0504 | 3996388 |
| 01/18/2011 | 0934 | Christopher L. Wilson | 0.30 | 180.00 | work on retention application. | 05821-0504 | 4020041 |
| 01/19/2011 | 0221 | Peter C. Hein | 0.40 | 390.00 | review and comment on special counsel application. | 05821-0504 | 4020043 |
| 01/20/2011 | 0934 | Christopher L. Wilson | 0.60 | 360.00 | call with D&L re retention application and update re status. | 05821-0504 | 4020045 |
| 01/21/2011 | 0934 | Christopher L. Wilson | 0.50 | 300.00 | review and summarize application requirements | 05821-0504 | 4011502 |
| 01/26/2011 | 0221 | Peter C. Hein | 0.70 | 682.50 | special counsel application | 05821-0504 | 4021706 |
| 01/26/2011 | 0934 | Christopher L. Wilson | 1.30 | 780.00 | work on special counsel retention application, call to discuss the same and revisions thereto, circulate to D&L and insurers | 05821-0504 | 4011510 |
| 01/28/2011 | 0934 | Christopher L. Wilson | 1.00 | 600.00 | revise retention application (.5); call with client re retention application (.5) | 05821-0504 | 4011514 |
| 01/31/2011 | 0934 | Christopher L. Wilson | 2.00 | 1,200.00 | retention application revisions (1.5); review and incorporate further comments on application (.5) | 05821-0504 | 4021708 |
| | | UNBILLED TOTALS:  WORK: | 55.60 | 34,480.00 | 42 records | | |
| | | UNBILLED TOTALS:  BILL: | 55.60 | 34,480.00 | | | |
| | | GRAND TOTALS:  WORK: | 55.60 | 34,480.00 | 42 records | | |
| | | GRAND TOTALS:  BILL: | 55.60 | 34,480.00 | | | |

February 22, 2011

Ambac Financial Group, Inc.
One State Street Plaza
New York, New York  10004


Attention: Kevin Doyle, Esq.

---

| | | |
|---|---|---|
| For corporate services[1] for the period November 9, 2010 through January 31, 2011. | $ | 18,505.75 |
| For disbursements related to corporate services for the period November 9, 2010 through January 31, 2011. | $ | 144.63 |
| Total (to be paid pursuant to bankruptcy court rules out of pre-petition retainers that Wachtell Lipton received from Ambac)[2] | $ | 18,650.38 |

---

[1] Corporate services encompass representation of, or provision of legal advice to, the board of directors of Ambac with respect to corporate governance and board-related matters and other corporate matters.

[2] As stated in Wachtell Lipton's special counsel retention application, as of the petition date, Wachtell Lipton had received $55,053.19 in prepetition retainers from Ambac to cover future fees and disbursements for the provision of corporate services.  As of the date of this bill, none of the prepetition retainer amount for corporate services has been applied to pay fees and disbursements.  After the fees and disbursements detailed above have been fully paid, the remaining retainer for corporate services will be $36,402.81.


Wire Instructions:

Bank:


ABA Number:
For Further Credit To:
Account Number:
SWIFT for Foreign Wires:
WLRK Federal
I.D.Number:

```
WACHTELL, LIPTON, ROSEN & KATZ            Pre-Billing Report                                                Page 1 (1)
                                           As of Jan 31/11     Date Prepared  : Feb 22/11
Client: 05821            Ambac Financial Group, Inc.           From Date      : Jan 01/01
Matter: 0003             Post 11/8 - Corporate                 Billing Partner: 0230 Edward D. Herlihy
--------------------------------------------------------------------------------------------------------------------
```

```
Unbilled Time
-------------
      Attorney                          Latest                       Oldest    --Total Unbilled---
      ID   Name                         Entry                        Entry     Hours      Dollars
(1)  0224 Harold S Novikoff             Nov 24/10                    Nov 22/10  0.50       487.50
(1)  0271 Douglas Mayer                 Jan 27/11                    Jan 27/11  0.50       462.50
(1)  0292 Mark Gordon                   Jan 31/11                    Nov 18/10 18.00    15,581.25
(1)  1509 Kendall Fox                   Jan 25/11                    Nov 16/10  5.10     1,974.50

                              Total                                            24.10    18,505.75


Lat Date   Old Date    Unbilled disbursements                                       Unbilled Disb

Nov 10/10  Nov 10/10   006  Courier Service                                                16.47
Jan 25/11  Jan 25/11   029  Library-Westlaw Recovery                                      128.16

                            Total Disbursements                                           144.63
```

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|------|----------|----------------------|-------|--------|-------------|---------------|-------|
| 11/16/2010 | 1509 | Kendall Y. Fox | 2.00 | 750.00 | Legal research re bankruptcy implications. | 05821-0003 | 3937469 |
| 11/18/2010 | 0292 | Mark Gordon | 1.00 | 850.00 | T/C Michael Groll; research for Laura Unger. | 05821-0003 | 3940942 |
| 11/19/2010 | 0292 | Mark Gordon | 1.00 | 850.00 | Research for Laura Unger. | 05821-0003 | 3940949 |
| 11/22/2010 | 0224 | Harold S. Novikoff | 0.20 | 195.00 | T/C's with Gordon and Hein. | 05821-0003 | 3941377 |
| 11/24/2010 | 0224 | Harold S. Novikoff | 0.30 | 292.50 | T/C's with Hein and Gordon and emails. | 05821-0003 | 3946010 |
| 11/29/2010 | 0292 | Mark Gordon | 1.00 | 850.00 | Meeting with Kevin Doyle. | 05821-0003 | 3955771 |
| 11/30/2010 | 0292 | Mark Gordon | 1.75 | 1,487.50 | T/C with a director; T/C with management and counsel re director matters & issues re subsidiaries. | 05821-0003 | 3955778 |
| 12/01/2010 | 0292 | Mark Gordon | 1.25 | 1,062.50 | T/C with Executive Chairman. | 05821-0003 | 3955783 |
| 12/06/2010 | 0292 | Mark Gordon | 0.75 | 637.50 | T/C with Executive Chairman. | 05821-0003 | 3975169 |
| 01/03/2011 | 0292 | Mark Gordon | 0.75 | 656.25 | Corporate advice. | 05821-0003 | 3992486 |
| 01/05/2011 | 0292 | Mark Gordon | 0.50 | 437.50 | T/C Callen and follow-up. | 05821-0003 | 3992494 |
| 01/20/2011 | 0292 | Mark Gordon | 0.25 | 218.75 | T/C Michael Groll & Stefan Feuerabendt. | 05821-0003 | 4004221 |
| 01/21/2011 | 1509 | Kendall Y. Fox | 1.30 | 513.50 | Legal research re bankruptcy implications. | 05821-0003 | 4001125 |
| 01/21/2011 | 0292 | Mark Gordon | 1.25 | 1,093.75 | T/C with Laura Unger; internal work on Chairman issues. | 05821-0003 | 4004225 |
| 01/24/2011 | 0292 | Mark Gordon | 4.50 | 3,937.50 | Attendance at Governance committee meeting plus preparation and follow-up | 05821-0003 | 4004230 |
| 01/25/2011 | 0292 | Mark Gordon | 1.00 | 875.00 | Attendance/participation in Ambac Board meeting. | 05821-0003 | 4004234 |
| 01/25/2011 | 1509 | Kendall Y. Fox | 1.80 | 711.00 | Legal research re bankruptcy implications. | 05821-0003 | 4007046 |
| 01/26/2011 | 0292 | Mark Gordon | 0.25 | 218.75 | T/C with Executive Chairman. | 05821-0003 | 4004240 |
| 01/27/2011 | 0292 | Mark Gordon | 0.75 | 656.25 | Research and internal conference on director issues. | 05821-0003 | 4007263 |
| 01/27/2011 | 0271 | Douglas K. Mayer | 0.50 | 462.50 | T/C's with Hein and Gordon re bankruptcy issues. | 05821-0003 | 4004205 |
| 01/28/2011 | 0292 | Mark Gordon | 1.00 | 875.00 | Research and T/C with General Counsel re director issues. | 05821-0003 | 4007269 |
| 01/31/2011 | 0292 | Mark Gordon | 1.00 | 875.00 | T/C with General Counsel and bankruptcy counsel re director issues; participation in call with board of directors. | 05821-0003 | 4007274 |
| | | UNBILLED TOTALS:   WORK: | 24.10 | 18,505.75 | 22 records | | |
| | | UNBILLED TOTALS:   BILL: | 24.10 | 18,505.75 | | | |
| | | GRAND TOTALS:     WORK: | 24.10 | 18,505.75 | 22 records | | |
| | | GRAND TOTALS:     BILL: | 24.10 | 18,505.75 | | | |