UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRCT OF NEW YORK

|  |  |  |
|---|---|---|
| In re | ) | Chapter 11 |
|  | ) |  |
| AMBAC FINANCIAL GROUP, INC., | ) | Case No. 10-15973 (SCC) |
|  | ) |  |
| Debtor. | ) |  |

## SECOND MONTHLY STATEMENT OF LAZARD FRÈRES & CO. LLC, FINANCIAL ADVISOR AND INVESTMENT BANKER TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FROM JANUARY 1, 2011 THROUGH JANUARY 31, 2011

Lazard Frères & Co. LLC, ("Lazard"), Financial Advisor and Investment Banker to the Official Committee of Unsecured Creditors (the "Committee") of Ambac Financial Group, Inc. in the above-captioned Chapter 11 case, as debtor and debtor in possession (the "Debtor"), hereby submits its Second Monthly Fee Statement (the "Monthly Statement") for the Period from January 1, 2011 through January 31, 2011 (the "Statement Period"). In support of this Monthly Statement, Lazard states as follows:

1. On November 8, 2010 (the "Petition Date"), the Debtor filed a voluntary petition for reorganization under Chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the Southern District of New York (this "Court"). The Debtor continues to operate its business and manage its properties as debtor in possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.

2. On December 21, 2010, this Court entered that certain Order Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses for Professionals (the "Interim Compensation Order").

3. On December 21, 2010, this Court entered that certain Order Pursuant to sections 1103 and 328(a) of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2014-1 of the Local Bankruptcy Rules for the Southern District of New York (the "Local Rules"), authorizing the Committee to employ and retain Lazard Freres & Co. LLC as Financial Advisor and Investment Banker *nunc pro tunc* to November 22, 2010 (the "Retention Order").

4. This Court has jurisdiction over this Monthly Statement pursuant to 28 U.S.C. § 1334 and the Standing Order of Referral of Cases to Bankruptcy Judges of the United States District Court for the Southern District of New York (Ward, Acting C.J.), dated July 10, 1984. This matter constitutes a "core proceeding" as that term is defined in 28 U.S.C. § 157(b). Venue of the Chapter 11 Cases is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

5. In accordance with the Interim Compensation Order, Lazard hereby submits this Monthly Statement. The detailed itemization of services rendered and hours expended by matter and timekeeper are attached hereto as **Exhibit A**.

6. Lazard requests interim allowance of $150,000.00[1], 80% of which is $120,000.00 as compensation for professional services rendered for the period from January 1, 2011 through January 31, 2011 pursuant to its Engagement Letter. The detail underlying these fees is attached hereto as **Exhibit A**.

7. During the Statement Period, Lazard incurred expenses and other charges in the total amount of $1,098.42, for which reimbursement is sought. These expenses and charges are summarized in **Exhibit A**.

8. Unless any such party objects to the Monthly Statement, in whole or in part, on or before 35 days from the date of service of this Monthly Statement, the Debtor shall be authorized to pay the requested fees and expenses to Lazard in accordance with the terms of the Interim Compensation Order without further order of this Court.

9. Lazard reserves the right to correct, amend, or supplement the Monthly Statement until such time as final compensation and reimbursement is sought from this estate.

Dated: New York, New York
February 22, 2011

LAZARD FRÈRES & CO. LLC

Ari Lefkovits
Director
LAZARD FRÈRES & CO. LLC
Financial Advisor and Investment Bankers to the Committee
30 Rockefeller Plaza
New York, NY 10020

---

[1] Lazard was retained pursuant to the terms of its Engagement Letter dated August 1, 2010 (the "Engagement Letter").

# EXHIBIT A

Ambac Financial, Inc.
Monthly Fee Statement
Lazard Frères & Co. LLC

January 1, 2010 - January 31, 2011

## Fee Calculation

| Item | Amount Incurred |
|---|---:|
| Monthly Fees: January 1, 2011 - January 31, 2011 | $150,000.00 |
| **TOTAL** | **$150,000.00** |

## Summary of Out-of-Pocket Expenses [1]

| Item | Amount Incurred |
|---|---:|
| Car Services and Taxis | $294.14 |
| Employee Meals | 804.28 |
| **TOTAL** | **$1,098.42** |

[1] *Additional expense detail will be furnished upon request.*

## Ambac Financial Group, Inc.
## Lazard Frères & Co. LLC
## Summary of Services Rendered by Project

### January 1, 2011 - January 31, 2011

| Project # | Project Description | Jan |
|---|---|---|
| 1 | Interface with Professionals, Official Committees, and Other Parties-In-Interest | 56.3 |
| 2 | Business Operations Planning, Monitoring, Reporting and Analysis, and Projections | 16.3 |
| 3 | Preparation and/or Review of Court Filings | 0.0 |
| 4 | Court Testimony/Deposition and Preparation | 0.0 |
| 5 | Valuation Analysis | 44.0 |
| 6 | Capital Structure Review and Analysis | 0.0 |
| 7 | Merger & Acquisition Activity | 0.0 |
| 8 | Financing Including DIP and Exit Financing | 0.0 |
| 9 | General Corporate Finance, Research and Analysis, and Other Due Diligence | 8.5 |
| 10 | Fee Application, Engagement | 0.0 |
| 11 | Employee Retention Program | 0.0 |
| **TOTAL** | | **125.0** |

### Summary of Services Rendered by Professional

| Name | Jan |
|---|---|
| Arthur Bruhmuller, Director | 22.8 |
| Ari Lefkovits, Director | 35.8 |
| Galen Laserson, Associate | 3.0 |
| Daniel Brujis, Financial Analyst | 31.0 |
| Justin Lux, Financial Analyst | 7.5 |
| Bradley Skaf, Financial Analyst | 25.0 |
| **TOTAL** | **125.0** |

## Ambac Financial Group, Inc.
Time Detail
Lazard Frères & Co. LLC
Arthur Bruhmuller - Director

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 01/04/11 | Call with UCC and counsel | 1.0 | 1 |
| 01/04/11 | Internal meeting | 1.5 | 2 |
| 01/05/11 | Internal meeting | 1.0 | 2 |
| 01/06/11 | Internal meeting and review of materials | 0.5 | 2 |
| 01/06/11 | Call with Counsel | 0.8 | 1 |
| 01/07/11 | Meeting with UCC member | 3.0 | 1 |
| 01/11/11 | Internal meeting and review of materials | 0.5 | 1 |
| 01/11/11 | Call with company advisors | 0.8 | 1 |
| 01/12/11 | Call with Counsel | 1.0 | 1 |
| 01/12/11 | Review of tax issues | 0.5 | 2 |
| 01/13/11 | Call with Counsel | 1.0 | 1 |
| 01/13/11 | Review of tax issues | 0.3 | 2 |
| 01/14/11 | Call with UCC and counsel and follow up | 1.5 | 1 |
| 01/19/11 | Meeting with Company and counsel | 2.0 | 1 |
| 01/19/11 | Call with counsel | 0.5 | 1 |
| 01/20/11 | Call with UCC | 0.5 | 1 |
| 01/20/11 | Calls with UCC members | 0.5 | 1 |
| 01/20/11 | Meeting with UCC and Company | 3.0 | 1 |
| 01/21/11 | Call with UCC | 0.5 | 1 |
| 01/21/11 | Review of term sheet | 1.5 | 2 |
| 01/21/11 | Call with company advisors | 0.5 | 1 |
| 01/31/11 | Call with counsel | 0.5 | 1 |
| | January Hours | 22.8 | |

Ambac Financial Group, Inc.
Time Detail
Lazard Frères & Co. LLC
Ari Lefkovits - Director

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 01/04/11 | Call with UCC and counsel | 1.0 | 1 |
| 01/04/11 | Internal meeting | 1.5 | 2 |
| 01/05/11 | Internal meeting | 1.0 | 2 |
| 01/06/11 | Internal meeting and review of materials | 0.5 | 2 |
| 01/06/11 | Call with Counsel | 0.8 | 1 |
| 01/07/11 | Meeting with UCC member | 3.0 | 1 |
| 01/11/11 | Internal meeting and review of materials | 0.5 | 1 |
| 01/11/11 | Call with company advisors | 0.8 | 1 |
| 01/12/11 | Call with Counsel | 1.0 | 1 |
| 01/12/11 | Review of tax issues | 0.5 | 2 |
| 01/13/11 | Call with Counsel | 1.0 | 1 |
| 01/13/11 | Review of tax issues | 0.3 | 2 |
| 01/14/11 | Call with UCC and counsel and follow up | 1.5 | 1 |
| 01/19/11 | Meeting with Company and counsel | 2.0 | 1 |
| 01/19/11 | Call with counsel | 0.5 | 1 |
| 01/20/11 | Call with UCC | 0.5 | 1 |
| 01/20/11 | Calls with UCC members | 0.5 | 1 |
| 01/20/11 | Meeting with UCC and Company | 3.0 | 1 |
| 01/21/11 | Call with UCC | 0.5 | 1 |
| 01/21/11 | Review of term sheet | 1.5 | 2 |
| 01/21/11 | Call with company advisors | 0.5 | 1 |
| 01/23/11 | Review of term sheet | 0.5 | 2 |
| 01/23/11 | Call with counsel | 1.0 | 1 |
| 01/24/11 | Internal meeting and review of materials | 1.5 | 2 |
| 01/25/11 | Calls with Counsel | 0.5 | 1 |
| 01/25/11 | Call with UCC | 1.0 | 1 |
| 01/25/11 | Internal meeting and review of materials | 2.0 | 2 |
| 01/26/11 | Meeting with Company and counsel | 2.0 | 1 |
| 01/26/11 | Review of term sheet | 0.8 | 2 |
| 01/27/11 | Call with counsel | 0.5 | 1 |
| 01/27/11 | Call with company advisors | 0.8 | 1 |
| 01/28/11 | Call with counsel | 1.0 | 1 |
| 01/28/11 | Call with Company | 0.5 | 1 |
| 01/28/11 | Review of term sheet | 1.0 | 2 |
| 01/31/11 | Call with counsel | 0.5 | 1 |
| | **January Hours** | 35.8 | |

Ambac Financial Group, Inc.
Time Detail
Lazard Frères & Co. LLC
Galen Laserson - Associate

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 01/20/11 | Prep Call with UCC | 1.0 | 1 |
| 01/27/11 | Reviewed Due Diligence Materials; Assembled Request List for DD Updates | 2.0 | 9 |
| | **January Hours** | **3.0** | |

Ambac Financial Group, Inc.
Time Detail
Lazard Frères & Co. LLC
Daniel Brujis - Financial Analyst

| Date: | Description of Work | Hours: | Code |
|---|---|---|---|
| 01/04/11 | Call with lawyers to discuss term sheets | 1.0 | 1 |
| 01/04/11 | Financial modeling and analysis | 1.0 | 5 |
| 01/10/11 | Financial modeling and analysis | 1.0 | 5 |
| 01/13/11 | Call to discuss term sheets | 1.0 | 1 |
| 01/14/11 | Call with the UCC | 1.0 | 1 |
| 01/20/11 | Call with UCC | 1.0 | 1 |
| 01/22/11 | Financial modeling and analysis | 2.0 | 5 |
| 01/23/11 | Financial modeling and analysis | 2.0 | 5 |
| 01/23/11 | Internal discussion | 1.0 | 5 |
| 01/25/11 | Call with lawyers to dicsuss term sheets | 1.0 | 1 |
| 01/29/11 | Financial modeling and analysis | 9.0 | 5 |
| 01/30/11 | Financial modeling and analysis | 9.0 | 5 |
| 01/31/11 | Call with Blackstone | 1.0 | 1 |
| | **January Hours** | **31.0** | |

Ambac Financial Group, Inc.
Time Detail
Lazard Frères & Co. LLC
Justin Lux - Financial Analyst

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 01/13/11 | Call to discuss term sheets | 2.5 | 9 |
| 01/14/11 | Call with the UCC | 1.0 | 9 |
| 01/20/11 | Call with UCC | 1.0 | 1 |
| 01/28/11 | Diligence, research and analysis | 3.0 | 9 |
| | **January Hours** | 7.5 | |

Ambac Financial Group, Inc.
Time Detail
Lazard Frères & Co. LLC
Bradley Skaf - Financial Analyst

| Date: | Description of Work | Hours: | Code |
|---|---|---|---|
| 01/04/11 | Call with lawyers to discuss term sheets | 1.0 | 1 |
| 01/13/11 | Call to discuss term sheets | 1.0 | 1 |
| 01/14/11 | Call with the UCC | 1.0 | 1 |
| 01/20/11 | Call with UCC | 1.0 | 1 |
| 01/23/11 | Internal discussion | 1.0 | 5 |
| 01/25/11 | Call with lawyers to dicsuss term sheets | 1.0 | 1 |
| 01/29/11 | Financial analysis | 9.0 | 5 |
| 01/30/11 | Financial analysis | 9.0 | 5 |
| 01/31/11 | Call with Blackstone | 1.0 | 1 |
| | **January Hours** | **25.0** | |

Ambac_Jan 11.xlsx

# LAZARD

Expene Detail

Currency: USD - US Dollar

## DEAL OPEN ITEMS BY CATEGORY

### ALL EXPENSES

#### NYC04514 - Ambac

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| OPENING BALANCE | 1/1/1900 | | 0.00 |
| **Car Services and Taxis** | | | |
| | 1/28/2011 | Bruhmuller-D 11/17/2010 12:01 Origin: 50 W 50 ST  M Dest: 80 BROAD ST 10004 M / DIAL CAR INC | 33.27 |
| | 1/28/2011 | Bruhmuller-D 11/24/2010 01:37 Origin: 49 W 49 ST  M Dest: 25 FRUM AVE YONKERS / DIAL CAR INC | 47.12 |
| | 1/25/2011 | Harari-11/14-taxi hm to ofc (Sunday) 11/14/2010 | 9.50 |
| | 1/25/2011 | Harari-11/14-taxi ofc to hm (Sunday) 11/14/2010 | 8.16 |
| | 1/25/2011 | Harari-11/15-taxi office to home 11/15/2010 | 7.92 |
| | 1/25/2011 | Harari-11/21-taxi hm to ofc (Sunday) 11/21/2010 | 9.40 |
| | 1/25/2011 | Harari-11/27-taxi ofc to hm (Saturday) 11/27/2010 | 9.10 |
| | 1/25/2011 | Harari-11/29-txi ofc to hm-no receipt 11/29/2010 | 8.25 |
| | 1/28/2011 | Kozack-D 12/12/2010 19:47 Origin: 50 W 50 ST  M Dest: home M / DIAL CAR INC | 28.83 |
| | 1/28/2011 | Lux-D 11/17/2010 00:26 Origin: 49 W 49 ST  M Dest: E 27 ST 10016 M / DIAL CAR INC | 28.83 |
| | 1/28/2011 | Skaf-D 12/04/2010 17:42 Origin: SEC W48/6AV  M Dest: 26/7AV  M / DIAL CAR INC | 27.72 |
| | 1/28/2011 | Skaf-D 12/07/2010 02:11 Origin: 49 W 49 ST  M Dest: W 26 ST 10001 M / DIAL CAR INC | 27.72 |
| | 1/28/2011 | Skaf-D 12/09/2010 00:19 Origin: SEC 48/6AV  M Dest: 26/7AV  M / DIAL CAR INC | 27.72 |
| | 1/26/2011 | Skaf-NYC taxi office/home 12/14/2010 | 20.60 |
| | | Subtotal: | 294.14 |
| **Employee Meals** | | | |
| | 1/24/2011 | Bruhmuller-LENNY'S XII 0046 NEW YORK NY 01/09/2011 | 15.00 |
| | 1/24/2011 | Bruhmuller-LENNY'S XII 0046 NEW YORK NY 12/19/2010 | 15.00 |
| | 1/13/2011 | Bruhmuller-M 01-DEC-2010 Hatsuhana / SEAMLESSWEB PROFESSIONAL | 20.00 |
| | 1/13/2011 | Bruhmuller-M 02-DEC-2010 Hatsuhana / SEAMLESSWEB PROFESSIONAL | 20.00 |
| | 1/13/2011 | Bruhmuller-M 04-JAN-2011 Hatsuhana / SEAMLESSWEB PROFESSIONAL | 20.00 |
| | 1/13/2011 | Bruhmuller-M 06-DEC-2010 Hatsuhana / SEAMLESSWEB PROFESSIONAL | 20.00 |
| | 1/13/2011 | Bruhmuller-M 13-DEC-2010 Hatsuhana / SEAMLESSWEB PROFESSIONAL | 20.00 |
| | 1/13/2011 | Bruhmuller-M 17-DEC-2010 Hatsuhana / SEAMLESSWEB PROFESSIONAL | 20.00 |
| | 1/13/2011 | Bruhmuller-M 20-DEC-2010 Hatsuhana / SEAMLESSWEB PROFESSIONAL | 20.00 |
| | 1/13/2011 | Bruhmuller-M 23-NOV-2010 Hatsuhana / SEAMLESSWEB PROFESSIONAL | 20.00 |
| | 1/13/2011 | Bruhmuller-M 28-DEC-2010 Hatsuhana / SEAMLESSWEB PROFESSIONAL | 20.00 |
| | 1/13/2011 | Brujis-M 04-DEC-2010 Energy Kitchen ( / SEAMLESSWEB PROFESSIONAL | 11.78 |
| | 1/13/2011 | Brujis-M 06-JAN-2011 Blake & Todd / SEAMLESSWEB PROFESSIONAL | 20.00 |
| | 1/13/2011 | Brujis-M 07-JAN-2011 Fusha / SEAMLESSWEB PROFESSIONAL | 20.00 |
| | 1/25/2011 | Harari-11/14-dinr in ofc (Sunday) 11/14/2010 | 20.00 |
| | 1/13/2011 | Kozack-M 01-DEC-2010 Fresco by Scotto / SEAMLESSWEB PROFESSIONAL | 20.00 |
| | 1/13/2011 | Kozack-M 02-DEC-2010 Josie's / SEAMLESSWEB PROFESSIONAL | 20.00 |

Ambac_Jan 11.xlsx                                                        Expene Detail

# LAZARD

## DEAL OPEN ITEMS BY CATEGORY

### ALL EXPENSES

### NYC04514 - Ambac

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| Employee Meals | 1/13/2011 | Kozack-M 04-JAN-2011 Whym Restaurant / SEAMLESSWEB PROFESSIONAL | 20.00 |
| | 1/13/2011 | Kozack-M 06-DEC-2010 Josie's / SEAMLESSWEB PROFESSIONAL | 20.00 |
| | 1/13/2011 | Kozack-M 06-JAN-2011 Whym Restaurant / SEAMLESSWEB PROFESSIONAL | 20.00 |
| | 1/13/2011 | Kozack-M 08-DEC-2010 Mangia (48th St. / SEAMLESSWEB PROFESSIONAL | 20.00 |
| | 1/13/2011 | Kozack-M 09-DEC-2010 Blake & Todd / SEAMLESSWEB PROFESSIONAL | 20.00 |
| | 1/13/2011 | Kozack-M 12-DEC-2010 Baluchi's (West) / SEAMLESSWEB PROFESSIONAL | 20.00 |
| | 1/13/2011 | Kozack-M 13-DEC-2010 Mangia / SEAMLESSWEB PROFESSIONAL | 20.00 |
| | 1/13/2011 | Kozack-M 16-DEC-2010 Mangia / SEAMLESSWEB PROFESSIONAL | 20.00 |
| | 1/13/2011 | Kozack-M 19-DEC-2010 Ess-a-Bagel / SEAMLESSWEB PROFESSIONAL | 15.25 |
| | 1/13/2011 | Kozack-M 21-DEC-2010 Whym Restaurant / SEAMLESSWEB PROFESSIONAL | 20.00 |
| | 1/13/2011 | Kozack-M 21-NOV-2010 Ess-a-Bagel / SEAMLESSWEB PROFESSIONAL | 15.47 |
| | 1/13/2011 | Kozack-M 22-NOV-2010 Mangia (48th St. / SEAMLESSWEB PROFESSIONAL | 20.00 |
| | 1/13/2011 | Kozack-M 23-NOV-2010 Blake & Todd / SEAMLESSWEB PROFESSIONAL | 20.00 |
| | 1/13/2011 | Kozack-M 29-NOV-2010 Blake & Todd / SEAMLESSWEB PROFESSIONAL | 20.00 |
| | 1/13/2011 | Laserson-M 23-NOV-2010 Serafina at the / SEAMLESSWEB PROFESSIONAL | 20.00 |
| | 1/13/2011 | Lefkovits-M 01-DEC-2010 An Urban Lobster / SEAMLESSWEB PROFESSIONAL | 20.00 |
| | 1/13/2011 | Lefkovits-M 02-DEC-2010 Akdeniz / SEAMLESSWEB PROFESSIONAL | 20.00 |
| | 1/13/2011 | Lux-M 16-NOV-2010 Shinbashi / SEAMLESSWEB PROFESSIONAL | 20.00 |
| | 1/13/2011 | Sillaski-M 22-NOV-2010 John's Shanghai / SEAMLESSWEB PROFESSIONAL | 20.00 |
| | 1/26/2011 | Skaf-ERNEST KLEIN & CO. 5 NEW YORK 01/05/2011 | 11.78 |
| | 1/13/2011 | Skaf-M 04-DEC-2010 Energy Kitchen ( / SEAMLESSWEB PROFESSIONAL | 20.00 |
| | 1/13/2011 | Skaf-M 04-DEC-2010 Majestic Deli / SEAMLESSWEB PROFESSIONAL | 20.00 |
| | 1/13/2011 | Skaf-M 06-DEC-2010 Pump Energy Food / SEAMLESSWEB PROFESSIONAL | 20.00 |
| | 1/13/2011 | Skaf-M 15-DEC-2010 Pulse / SEAMLESSWEB PROFESSIONAL | 20.00 |
| | 1/13/2011 | Skaf-M 16-DEC-2010 An Urban Lobster / SEAMLESSWEB PROFESSIONAL | 20.00 |
| | | Subtotal: | 804.28 |

CLOSING BALANCE as of 1/31/2011    1,098.42

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Monthly Fee Statement has been served via Overnight Mail upon the parties listed below on this 22nd day of February 2011.

Ambac Financial Group, Inc.
One State Street Plaza
New York, NY 10004
Attn: David Trick

Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY 10019
Attn: Allison H. Weiss

Office of the United States Trustee for the
Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn: Brian S. Masumoto

_____
Bradley Dunn