Peter A. Ivanick
Richard W. Reinthaler
Allison H. Weiss
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, New York 10019
Tel: (212) 259-8000
Fax: (212) 259-6333

     - and -

Todd L. Padnos (admitted *pro hac vice*)
DEWEY & LEBOEUF LLP
1950 University Avenue, Suite 500
East Palo Alto, California 94303
Tel: (650) 845-7000
Fax: (650) 845-7333

*Attorneys for the Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
:
*In re* :
                                      : **Chapter 11**
**AMBAC FINANCIAL GROUP, INC.,** :
                                      : **Case No. 10-15973 (SCC)**
           **Debtor.** :
:
----------------------------------------------------------------x
:
**AMBAC FINANCIAL GROUP, INC.,** :
:
          **Plaintiff,** :
:
                                        : **Adv. Pro. No. 11-01265 (SCC)**
       **v.** :
:
**KARTHIKEYAN V. VEERA,** :
:
          **Defendant.** :
:
----------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON MARCH 4, 2011 AT 10:00 A.M.**

Location of Hearing:  United States Bankruptcy Court for the Southern District of
New York, Alexander Hamilton U.S. Custom House, Courtroom 610,
One Bowling Green, New York, NY 10004-1408

**INTRODUCTION:**

Set forth below is a proposed agenda (the "Agenda") for the hearing scheduled for
March 4, 2011, at 10:00 a.m. ('the "Hearing").  The information contained in this Agenda
reflects documents received in our offices as of the date hereof.

**I**.  **Ambac Financial Group Inc. v. Karthikeyan V. Veera, Adv. Proc. No. 11-01265**

**ADVERSARY PROCEEDING:**

1.      Debtor's Motion for (I) Summary Judgment Declaring that the Protections of the
Automatic Stay Apply or Should be Extended to the Claims Asserted in the ERISA
Action and Related Efforts to Obtain Discovery from the Debtor (Count I) and/or (II)
Injunctive Relief Pursuant to Section 105(a) of the Bankruptcy Code (Count II)
[Docket No. 5]

Response Deadline:  February 22, 2011 at 4:00 p.m.

Responses Received:

   a)  Opposition to Debtor's Motion for (I) Summary Judgment Declaring that the
Protections of the Automatic Stay Apply or Should be Extended to the Claims
Asserted in the ERISA Action and Related Efforts to Obtain Discovery from the
Debtor (Count I) and (II) Injunctive Relief Pursuant to Section 105(a) of the
Bankruptcy Code (Count II) [Docket No. 7]

Additional Document(s):

   b)  Debtor's Reply Memorandum of Law in Further Support of Its Motion for
Summary Judgment and Injunctive Relief [Docket No. 10]

   c)  Complaint for Declaratory Relief to Confirm Applicability of the Automatic Stay
and/or for Injunctive Relief [Docket No. 1]

   d)  Answer of Karthikeyan V. Veera [Docket No. 3]

Status:  This matter is going forward.

**II.** *In re* **Ambac Financial Group, Inc., Case No. 10-15973**

**CONTESTED MATTER:**

2.      Karthikeyan V. Veera's Motion Seeking a Declaration that the Automatic Stay Does Not Apply to Veera's Subpoena to Ambac or, in the Alternative, an Order Granting Relief from the Automatic Stay [Docket No. 107]

Response Deadline:  January 12, 2011 at 4:00 p.m.

Responses Received:

   a) Debtor's Objection to Karthikeyan V. Veera's Motion for Order Seeking a Declaration that the Automatic Stay does not Apply to Veera's Subpoena or Granting Relief from the Automatic Stay [Docket No. 114]

   b) Joinder to the Debtor's Objection to Karthikeyan V. Veera's Motion Seeking a Declaration that the Automatic Stay Does Not Apply to Veera's Subpoena to Ambac or, in the Alternative, an Order Granting Relief from the Automatic Stay [Docket No. 115]

   c) Reply Brief In Support of Karthikeyan Veera's Motion Seeking a Declaration that the Automatic Stay does not Apply to Veera's Subpoena to Ambac or, in the Alternative, an Order Granting Relief from the Automatic Stay [Docket No. 119]

Additional Document(s):

   d) Opening Brief in Support of Karthikeyan V. Veera's Motion Seeking a Declaration that the Automatic Stay does not Apply to Veera's Subpoena to Ambac or, in the Alternative, an Order Granting Relief from the Automatic Stay [Docket No. 106]

   e) Declaration of Stephen J. Fearon, Jr. in Further Support of Karthikeyan V. Veera's Motion [Docket No. 120]

Status:  This matter was adjourned from January 19, 2011 and is going forward.

Dated: March 2, 2011      Respectfully Submitted,
   New York, New York

/s/ Richard W. Reinthaler
Peter A. Ivanick
Richard W. Reinthaler
Allison H. Weiss
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, New York 10019
Tel: (212) 259-8000
Fax: (212) 259-6333

- and -

Todd L. Padnos (admitted *pro hac vice*)
DEWEY & LEBOEUF LLP
1950 University Avenue, Suite 500
East Palo Alto, California 94303
Tel: (650) 845-7000
Fax: (650) 845-7333

*Attorneys for the Debtor and Debtor in Possession*

NY3 3079999.3