Peter A. Ivanick
Allison H. Weiss
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, New York 10019
Tel: (212) 259-8000
Fax: (212) 259-6333

    - and -

Todd L. Padnos (admitted *pro hac vice*)
DEWEY & LEBOEUF LLP
1950 University Avenue, Suite 500
East Palo Alto, California 94303
Tel: (650) 845-7000
Fax: (650) 845-7333

*Attorneys for the Debtor and Debtor in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ---------------------------------------------------------------x | **Chapter 11 Case No.** |
| *In re*                                       : | |
|                                          : | **10-15973** (SCC) |
| **AMBAC FINANCIAL GROUP, INC.,**       : | |
|                                          : | |
|          **Debtor.**                        : | |
|                                          : | |
| ---------------------------------------------------------------x | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON MAY 25, 2011 AT 10:00 A.M.**

Location of Hearing:   United States Bankruptcy Court for the Southern District of
                               New York, Alexander Hamilton U.S. Custom House, Courtroom 610,
                               One Bowling Green, New York, NY 10004-1408.

**INTRODUCTION:**

      Set forth below is a proposed agenda (the "Agenda") for the hearing scheduled for May 25, 2011, at 10:00 a.m. (the "Hearing"). The information contained in this Agenda reflects documents received in our offices as of the date hereof.

**UNCONTESTED MATTERS:**

1.  Debtor's Motion Pursuant to Bankruptcy Rules 9006(b) and 9027 for an Order Further Extending Its Time to File Notices of Removal of Civil Actions [Docket No. 263]

    Response Deadline:  May 18, 2011 at 4:00 p.m.

    Responses Received:  None.

    Additional Document(s):  None.

    Status:  This matter is going forward.

2.  Motion of the Debtor for Approval of Lease Assignment, Assumption and Amendment Agreement Pertaining to the Kingston, New York Nonresidential Real Property Lease Pursuant to Bankruptcy Code Sections 363 & 365 [Docket No. 265]

    Response Deadline:  May 18, 2011 at 4:00 p.m.

    Responses Received:  None.

    Additional Document(s):  None.

    Status:  This matter is going forward.

Dated: May 23, 2011  
New York, New York

Respectfully Submitted,

/s/ Allison Weiss  
Peter A. Ivanick  
Allison H. Weiss  
DEWEY & LEBOEUF LLP  
1301 Avenue of the Americas  
New York, New York 10019  
Tel: (212) 259-8000  
Fax: (212) 259-6333  
- and -

Todd L. Padnos (admitted *pro hac vice*)  
DEWEY & LEBOEUF LLP  
1950 University Avenue, Suite 500  
East Palo Alto, California 94303  
Tel: (650) 845-7000  
Fax: (650) 845-7333

*Attorneys for the Debtor and Debtor in Possession*