Peter A. Ivanick
Allison H. Weiss
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, New York 10019
Tel: (212) 259-8000
Fax: (212) 259-6333

- and -

Todd L. Padnos (admitted *pro hac vice*)
DEWEY & LEBOEUF LLP
1950 University Avenue, Suite 500
East Palo Alto, California 94303
Tel: (650) 845-7000
Fax: (650) 845-7333

*Attorneys for the Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ------------------------------------------------------------x | Chapter 11 Case No. |
| *In re* : | |
| : | 10-15973 (SCC) |
| **AMBAC FINANCIAL GROUP, INC.,** : | |
| : | |
| **Debtor.** : | |
| : | |
| ------------------------------------------------------------x | |

**NOTICE OF ADJOURNMENT OF MATTER SCHEDULED FOR**
**HEARING ON JULY 19, 2011 AT 10:00 A.M.**

**PLEASE TAKE NOTICE** that the hearing (the "**Hearing**") before the Honorable Shelley C. Chapman, United States Bankruptcy Judge for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, in Courtroom 610, on the following matter has been adjourned from July 19, 2011 at 10:00 a.m. to **July 25, 2011 at 10:00 a.m.**, or such later time as counsel may be heard:

1. *Objection and Request to Disallow the Claim Submitted by the City of New York Department of Finance* [Docket No. 278].

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be further continued or adjourned from time to time without further notice other than an announcement of the adjourned date or dates at or before the Hearing or at a later hearing.

Dated: July 7, 2011   Respectfully Submitted,
      New York, New York

                                      /s/ Allison H. Weiss
                                      Peter A. Ivanick
                                      Allison H. Weiss
                                      DEWEY & LEBOEUF LLP
                                      1301 Avenue of the Americas
                                      New York, New York 10019
                                      Tel: (212) 259-8000
                                      Fax: (212) 259-6333

                                      - and -

                                      Todd L. Padnos (admitted *pro hac vice*)
                                      DEWEY & LEBOEUF LLP
                                      1950 University Avenue, Suite 500
                                      East Palo Alto, California 94303
                                      Tel: (650) 845-7000
                                      Fax: (650) 845-7333
                                      *Attorneys for the Debtor and Debtor in Possession*