July 25, 2011

Proof of Service of Frederick Sam

RE: Ambac Financial Group - Case No. 10-15973 (SCC)

On July 25, 2011 I mailed the following documents relating to the case referenced above. The documents were mailed via USPS First Class Mail. A copy of the Proof of Mailing is enclosed.

1. Objection to the Disclosure Statement filed by Ambac Financial Group on July 8, 2011, by Mrs. Frederick Sam. This document was mailed to:
   Honorable Shelley C. Chapman,
   United States Bankruptcy Judge, One Bowling Green, Courtroom 610
   New York, New York, 10004
2. I also mailed copies of this same document to the following: (Copy of Proofs of Mailing enclosed) :

-Dewey & LeBoeuf LLP, Attn: Jeffrey Chubak,
1301 Avenue of the Americas,
New York, New York 10019;
-Morrison & Foerster LLP, Attn: Anthony Princi
1290 Avenue of the Americas,
New York, New York 10104;
-Foley & Lardner LLP, Attn: Frank W. DiCastri
777 East Wisconsin Avenue,
Milwaukee, Wisconsin 53202;
-Office of the United States Trustee for the Southern District
of New York
 Attn: Brian S. Masumoto,
33 Whitehall Street, 21st Floor,
New York, New York, 10004

I am over the age of 18.

*Frederick Sam* (signature)

Frederick Sam
273 Hazle St
Wilkes Barre PA 18702
July 25, 2011

**Certificate Of Mailing**

From: Mrs. Frederick Sam
273 Hazle St.
Wilkes-Barre, PA 18702

To: Honorable Shelley C. Chapman
US Bankruptcy Judge
One Bowling Green, Courtroom 6
New York, New York 1004

PS Form 3817, April 2007 PSN 7530-02-000-9065

U.S. POSTAGE PAID WILKES-BARRE, PA 18701 JUL 25, '11 $1.15 0001508420

---

**Certificate Of Mailing**

From: Mrs. Frederick Sam
273 Hazle St.
Wilkes-Barre, PA 18702

To: Dewey & LeBoeuf, LLP
Attn: Jeffrey Chubak
1301 Avenue of the Americas
New York, New York, 10c

PS Form 3817, April 2007 PSN 7530-02-000-9065

---



**Certificate Of Mailing**

From: Mrs. Frederick Sam
273 Hazle St.
Wilkes-Barre, PA 18702

To: Office of Foley and Lardner LLP
Attn: Fran DiCastri
777 E. Wisconsin Ave
Milwaukee, Wisconsin 53202

---

**Certificate Of Mailing**

From: Mrs. Frederick Sam
273 Hazle St.
Wilkes-Barre, PA 18702

To: United States Trustee
Southern District of New York
Attn: Brian Masumoto
33 Whitehall St., 21st Floor
New York, New York, 1000

PS Form 3817, April 2007 PSN 7530-02-000-9065

---



**Certificate Of Mailing**

From: Mrs. Frederick Sam
273 Hazle St.
Wilkes-Barre, PA 18702

To: Morrison & Foerster, LLP
Attn: Anthony Princi
1290 Avenue of the Americas