**EXHIBIT A**

**SUMMARY OF PROFESSIONAL SERVICES RENDERED BY TIMEKEEPER BY DEWEY & LEBOEUF LLP ON BEHALF OF AMBAC FINANCIAL GROUP, INC., FOR THE PERIOD JULY 1, 2011 THROUGH JULY 31, 2011**

| NAME OF PROFESSIONAL | DEPARTMENT AND YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| **PARTNERS & COUNSEL:** | | | | |
| Martin J. Bienenstock | BS&G – 1978 | $1,000.00 | 24.4 | $24,400.00 |
| Mark A. Caterini | T – 1992 | $825.00 | 92.4 | $76,230.00 |
| Michael Groll | CF – 1979 | $975.00 | 157.4 | $153,465.00 |
| Lawrence M. Hill | T – 1985 | $1,000.00 | 160.5 | $160,500.00 |
| Peter A. Ivanick | BS&G – 1984 | $487.50* | 1.2 | $585.00 |
| | | $975.00 | 132.4 | $129,090.00 |
| Arthur J. Lynch | T – 1988 | $825.00 | 128.1 | $105,682.50 |
| Todd L. Padnos | BS&G – 1992 | $400.00* | 1.5 | $600.00 |
| | | $800.00 | 88.1 | $70,480.00 |
| Richard Reinthaler | L – 1974 | $950.00 | 22.3 | $21,185.00 |
| Peter J. Sharp | BS&G – 1982 | $1,000.00 | 0.3 | $300.00 |
| Richard Spitzer | CF – 2002 | $750.00 | 37.9 | $28,425.00 |
| Martha N. Steinman | CB&E – 1990 | $850.00 | 2.4 | $2,040.00 |
| Tamara Ashford | T – 1995 | $700.00 | 4.3 | $3,010.00 |
| Saren Goldner | T – 1995 | $700.00 | 0.3 | $210.00 |
| Roger Loo | IR – 1999 | $710.00 | 1.5 | $1,065.00 |
| Richard A. Nessler | T – 1992 | $700.00 | 178.2 | $124,740.00 |
| Lynn W. Roberts | BS&G – 1991 | $700.00 | 46.2 | $32,340.00 |
| John W. Weber | T – 1973 | $750.00 | 73.2 | $54,900.00 |
| Allison H. Weiss | BS&G – 1995 | $700.00 | 176.7 | $123,690.00 |
| Bennett G. Young | BS&G – 1982 | $800.00 | 16.3 | $13,040.00 |
| **Totals for Partners & Counsel:** | | | **1,345.6** | **$1,125,977.50** |

BS&G – Business Solutions & Governance; L – Litigation; C – Corporate; R – Real Estate; T – Tax; E – Environmental; CB&E – Compensation, Benefits & Employment; IP – IP & IT Transactional , IR – Insurance Regulatory; CF - Corporate Finance, SF – Structured Finance

* Non-working travel is billed at 50%.

**SUMMARY OF PROFESSIONAL SERVICES RENDERED BY TIMEKEEPER BY DEWEY & LEBOEUF LLP ON BEHALF OF AMBAC FINANCIAL GROUP INC., FOR THE PERIOD JULY 1, 2011 THROUGH JULY 31, 2011 (CONT'D)**

| NAME OF PROFESSIONAL | DEPARTMENT AND YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| **ASSOCIATES:** | | | | |
| Kathleen E. Barber | BS&G – 2008 | $385.00 | 78.5 | $30,222.50 |
| Jeffrey Chubak | BS&G – 2008 | $300.00* | 1.0 | $300.00 |
| | | $600.00 | 93.5 | $56,100.00 |
| Andrew Clyne | L – 2010 | $500.00 | 0.2 | $100.00 |
| Lauren C. Cohen | BS&G – 2006 | $650.00 | 13.4 | $8,710.00 |
| Anya Endsley | T – 2009 | $500.00 | 95.3 | $47,650.00 |
| Brittany L. Harrison | T – 2006 | $650.00 | 177.4 | $115,310.00 |
| Benjamin M. Heuer | BS&G – 2008 | $550.00 | 8.6 | $4,730.00 |
| Tevia R.M. Jeffries | BS&G – 2009 | $275.00* | 0.8 | $220.00 |
| | | $550.00 | 184.3 | $101,365.00 |
| Charles Kaufman | T – 2007 | $600.00 | 32.8 | $19,680.00 |
| Danielle T. Kennedy | BS&G – 2008 | $600.00 | 45.7 | $27,420.00 |
| Max Levine | T – 2010 | $500.00 | 72.2 | $36,100.00 |
| Elizabeth McGee | T – 2008 | $500.00 | 59.5 | $29,750.00 |
| Mike Nguyen | SF – 2009 | $500.00 | 8.0 | $4,000.00 |
| Benjamin Nixon | CF – 2009 | $635.00 | 6.1 | $3,873.50 |
| Rachel L. Partain | T – 2004 | $650.00 | 107.7 | $70,005.00 |
| Danielle Pham | BS&G – 2010 | $500.00 | 51.5 | $25,750.00 |
| Alexander Roberts | T – 2008 | $500.00 | 31.8 | $15,900.00 |
| Kristi M. Robles | L – 2007 | $600.00 | 0.2 | $120.00 |
| Taylor Allison Romigh | T – 2009 | $450.00 | 1.5 | $675.00 |
| Alexander J. Saffi | T – 2006 | $635.00 | 80.6 | $51,181.00 |
| Jeremy D. Scholem | T – 2009 | $385.00 | 79.5 | $30,607.50 |
| Zhanna A. Ziering | T – 2008 | $635.00 | 1.6 | $1,016.00 |
| **Totals for Associates:** | | | **1,231.7** | **$680,785.50** |

BS&G – Business Solutions & Governance; L – Litigation; C – Corporate; R – Real Estate; T – Tax; E – Environmental; C,B&E – Compensation, Benefits & Employment; SF – Structured Finance; M&A – Mergers & Acquisitions; B&IF - Bank & Institutional Finance; PF&I – Project Finance & Infrastructure; CF – Corporate Finance; ER – Energy Regulatory; IR – Insurance Regulatory

* Non-working travel is billed at 50%.

**SUMMARY OF PROFESSIONAL SERVICES RENDERED BY TIMEKEEPER BY DEWEY & LEBOEUF LLP ON BEHALF OF AMBAC FINANCIAL GROUP INC., FOR THE PERIOD JULY 1, 2011 THROUGH JULY 31, 2011 (CONT'D)**

| NAME OF PROFESSIONAL | DEPARTMENT | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| **PARAPROFESSIONALS:** | | | | |
| Heather Aaronson | BS&G – Paralegal | $295.00 | 35.5 | $10,472.50 |
| Michael Dorfman | T – Paralegal | $200.00 | 54.0 | $10,800.00 |
| Andrew J. Hall | T – Paralegal | $200.00 | 109.0 | $21,800.00 |
| Sandra M. Holstrom | BS&G – Paralegal | $260.00 | 2.7 | $702.00 |
| Laura Saal | BS&G – Paralegal | $250.00 | 91.6 | $22,900.00 |
| Sowon Yoon | BS&G – Paralegal | $215.00 | 20.6 | $4,429.00 |
| Wanna Abraham | Litigation Support | $230.00 | 8.0 | $1,840.00 |
| Courtinay Casey | Litigation Support | $275.00 | 6.2 | $1,705.00 |
| Trevor Pryhorocki | Litigation Support | $230.00 | 7.0 | $1,610.00 |
| Mark Adler | Library | $150.00 | 6.9 | $1,035.00 |
| Sally Munson | Library | $150.00 | 0.5 | $75.00 |
| Joel M. Weisberger | Library | $160.00 | 0.6 | $96.00 |
| **Totals for Paraprofessionals** | | | **342.6** | **$77,464.50** |

BS&G – Business Solutions & Governance    T – Tax

| PROFESSIONALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| **TOTALS:** | | | |
| Partners and Counsel | $836.78 | 1,345.6 | $1,125,997.50 |
| Associates | $552.72 | 1,231.7 | $680,785.50 |
| Paraprofessionals | $226.11 | 342.6 | $77,464.50 |
| **Totals Fees Incurred** | | **2,919.9** | **$1,884,227.50** |
| **Blended Attorney Rate** | **$701.03** | | |